UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Paul: Scarzo
          PLAINTIFF

-V-

KATHLEEN GRUEN, MARY PATRICIA WALLS, LEROY BACA,
PAUL TANAKA, ALLEN ROTHMAN, TALIN ROSE GRUEN,
CRAIG J. MITCHELL, BRIAN M. HOFFSTADT, STEVE COOLEY,
WILLIAM N. STERLING, JACKIE LACEY, KAMALA HARRIS,
PALLAVI DHAWAN, LON GRUEN, LUDLOW CREARY,
KIMBERLY CURRAN, ALEX KOZINSKY, DAVID DOWNING,
NIKOLIS ALBONICO, J. SIEBERG, J. GINDER, SECRETARY
DIAZ, SCOTT KERNAN, MARION ELIOT SPEARMAN, IVAN
VERA FLORES, K. SILVA, LT. RAMSEY, LT. MIKE LEE, LT.
SIMMERSON, SGT. MURPHY, SGT. HOLMES, S. ARMSTRD
J. NOKKEN, JOSE GARIBAY, DR. BABATH RACUTH KUPUTUK,
UNKNOWN AGENTS OF HIGH DESERT PRISON HIRING
AUTHORITY, CAPT. CHRISTOPHER LEWIS, SUSANVILLE BOARD
OF SUPERVISORS, CCII CHAPPIUS, CCII DILLARD, CCII RENNER,
CCII NIEL BLOND, CCII QUAM, CCII ESPINOZA, NANCY J. KING,
JUDGE SCHWARTZ, MELISSA WIDDIFIELD, NOEL BIANCO,
VANDOBER, LISA LOUCH, XAVIER BECCORA, JOHN A. CLARKE
LOS ANGELES COURTHOUSE CORPORATION, CALIFORNIA
BOARD OF SUPERVISORS, CALIFORNIA JUDICIAL COUNSEL,
CALIFORNIA APPELLATE PROJECT, SUED IN THEIR OFFICIAL
AND INDIVIDUAL CAPACITIES.

CASE NO:
HON.

FILED
May 28, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2:19-cv-0973 CKD (PC)

COMPLAINT WITH JURY DEMAND

INTRODUCTION

THIS IS A CIVIL RIGHTS ACTION FILED BY Paul: Scarzo, A LIVING MAN BEING HELD AGAINST HIS WILL AS A STATE-OWNED PRISONER AND INTERNEE, SEEKING DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983, ALLEGING WILLFUL RAMPANT INSTITUTIONALIZED RACISM, COORDINATED RACE DISCRIMINATION, HARASSMENT BOTH SEXUAL AND RACIAL, DELIBERATE INDIFFERENCE IN RECKLESS DISREGARD TO HUMAN LIFE, SAFETY AND DIGNITY, JUDICIAL AND CUSTODIAL MISCONDUCT AND DEREGULATION OF DUTY, LEADING TO GROSS NEGLIGENCE FOR PURPOSES OF ATTEMPTED MURDER AND VOLUNTARY MANSLAUGHTER BY MULTIPLE CRIMINAL ACTS OF ASSAULT, BATTERY, DISCRIMINATE AND INDISCRIMINATE USE OF FORCE, DISPROPORTIONATE USE OF FORCE, INAPPROPRIATE GROPING, TAUNTS, PHYSICAL INTIMIDATION, TORTURE THROUGH UNNECESSARY DEPRIVATION AND STARVATION, MIS-PRISION BY FALSIFICATION OF RECORDS, DESTRUCTION OF COURT PAPERS AND LEGAL WORK PRODUCT, OBSTRUCTING ACCESS TO THE COURTS AND JUSTICE, AND THE INTENTIONAL DISREGARD OF NEW LAW BY DELAY AND NON IMPLEMENTATION TO DELAY PRISONER TRANSFER FOR THEIR OWN BENEFIT OF NEW REGULATION DESIGNED TO ALLEVIATE PRISON OVERCROWDING AND PROTECT A PUBLIC WHO MAKE UP NOW THE MAJORITY POPULATION OF REPLEVIN SLAVES STILL TRAPPED INSIDE THE RAZOR WIRES OF STATE-RUN INTERNMENT CAMPS. THESE BRUTAL GESTAPO TACTICS VIOLATE THE 1st, 4th, 5th, 6th, 7th, 8th, 13th AND 14th AMENDMENTS AND U.N. HUMAN RIGHTS AND VIENNA CONVENTION TREATIES.

JURISDICTION

1. THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. §§ 1331(1) AND 1343.
2. THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE TORT CLAIMS UNDER 28 U.S.C. § 1367.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

THE PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES WITH RESPECT TO ALL CLAIMS AND ALL DEFENDANTS.

ON FRIDAY, NOVEMBER 15, 2013, THE DAY I RECEIVED THE FIRST, AND ONLY INCOMPLETE BATCH OF DISCOVERY FROM WILLIAM N. STERLING'S COURT, THE JUDGE IN DEPARTMENT 119 OF THE L.A. CRIMINAL COURTHOUSE, I WAS SOMEHOW "ACCIDENTALLY" PUT IN THE WRONG HOLDING TANK, WHERE I WAS PUNCHED IN THE HEAD BY AN INMATE SO HARD THAT IT KNOCKED MY GLASSES OFF. THE ATTACKER, A YOUNG WHITE MAN IN HIS EARLY TWENTIES, THREATENED THAT THERE WOULD BE MORE TROUBLE IF I TOLD ANY GUARDS WHAT HE DID. SO AT LUNCH BREAK, WHEN WE WERE BRIEFLY MARCHED OUT OF THE TANK TO GET OUR BAG LUNCHES, I IMMEDIATELY REPORTED THE SEEMINGLY RANDOM ATTACK TO THE FIRST GUARD I SAW TELLING HIM THAT I WOULD REFUSE TO GO BACK IN THE TANK. AFTER ROLLING HIS EYES, HE HAD ME STEP OUT OF THE LINE TO BE BRIEFLY INTERVIEWED, WHILE I WAS DEBRIEFED, THE REST OF THE GUARDS REVIEWED THE SECURITY VIDEO, ONE TOLD ME" IT HAPPENED JUST LIKE YOU SAID- YOU'RE JUST SITTING THERE READING WHEN HE JUST WALKS UP AND CLOCKS YOU."

"THE TRIAL COURT EXPLAINED THAT FOR A DECADE THE SHERIFF MAINTAINED THE TRED DATABASE IN WHICH IT DOCUMENTED INMATE HOUSING MOVEMENTS AND DEPUTY SHERIFFS ACCESSED THE DATABASE ON A DAILY BASIS"--" THE EVIDENCE DEMONSTRATED THE DISTRICT ATTORNEY'S OFFICE HAD AN INTEREST EXTRANEOUS TO ITS OFFICIAL DUTIES- ITS LOYALTY TO THE SHERIFF'S DEPARTMENT AND ITS DESIRE TO PROTECT THE SHERIFF'S DEPARTMENT AT THE EXPENSE OF THE DEFENDANT'S CONSTITUTIONAL AND STATUTORY RIGHTS"--"BASED ON NEWLY DISCOVERED EVIDENCE, THE SHERIFF'S TRED RECORDS, THE TRIAL COURT CONDUCTED A SECOND EVIDENTIARY HEARING"--"BASED ON THE ENTIRE RECORD, WE CONCLUDE THE COURT'S RULING THERE WAS A GENUINE CONFLICT OF INTEREST THAT POSED A GRAVE DANGER THE OCDA COULD NOT FAIRLY PROSECUTE THE PENALTY PHASE WAS SUPPORTED BY SUBSTANTIAL EVIDENCE. THUS, THE COURT DID NOT ABUSE ITS DISCRETION IN GRANTING DEKRAAI'S MOTION TO RECUSE THE ENTIRE OCDA'S OFFICE BECAUSE RECUSAL OF THE ENTIRE OFFICE"" [FELL] WITHIN THE PERMISSIBLE RANGE OF OPTIONS SET BY" "SECTION 1424"--"AS A CONSTITUTIONAL MATTER, ... '[N] EITHER [ THE CALIFORNIA SUPREME COURT] NOR THE UNITED STATES SUPREME COURT HAS DELINEATED THE LIMITATIONS DUE PROCESS PLACES ON PROSECUTORIAL CONFLICTS OF INTEREST.' PEOPLE V. DEKRAAI 5 Cal. APP. 5TH 1110, 1152; 210 Cal. RPTR. 3d 523, 557; 2016 Cal. APP. LEXIS 1022, 87.

AS THE SCANDAL IN ORANGE COUNTY SHERIFF'S DEPARTMENT AND JUDICIARY DEMONSTRATES, THE COURTS AT ANY POINT IN TIME ARE NOT ONLY FULLY AWARE, BUT IN FULL CONTROL OF ALL CELL MOVES, INCLUDING POSITIONING INFORMANTS AND EVEN HITMEN STRATEGICALLY (SEE LATER: DION STARR V. LEROY BACA), WHILE ALL OF US REMAIN TRAPPED IN COUNTY JAIL. AS SUCH, THE FAILURE TO PROTECT CITIZEN DEFENDANTS WHO ARE SUPPOSEDLY STILL PRESUMED INNOCENT BEFORE TRIAL, THE HARM DONE TO US IN A COUNTY JAIL HELLHOLE, OR IN HIS OWN DEPARTMENT'S HOLDING TANK, FALLS SQUARELY ON THE SHOULDERS OF WILLIAM N. STERLING HIMSELF WHO, AS FAR AS I NEED TO KNOW, WAS PROXIMATELY RESPONSIBLE FOR A DIRECTED HIT JOB REMINISCENT OF THE DISGRACED FORMER SHERIFF LEE BACA HIMSELF.

AFTER STERLING'S WARNING MESSAGE WAS DELIVERED, I WAS THEN TRANSPORTED TO U.C.L.A. MEDICAL, WHERE CUSTODY LEFT ME MANACLED TO A HALLWAY BENCH FOR 7 HOURS, AND TO WHICH FOR THE DURATION, I RECEIVED NO MEDICAL TREATMENT WHATSOEVER. AFTER ENDURING SUCH SHAMELESSLY INTENTIONAL NEGLECT, I WAS EVENTUALLY RETURNED BACK TO A CELL IN COUNTY JAIL SUFFERING FROM DEHYDRATION AND DIZZY SPELLS. IN THAT TIME I SAW NO DOCTOR BEFORE, DURING OR AFTER MY ORDEAL. IN ALL, MISSION ACCOMPLISHED BY STERLING SHOWING ME JUST WHAT I CAN EXPECT IN HIS COURTROOM, THEN NICELY SWEEPING THE WHOLE EPISODE RIGHT UNDER THE RUG.

Case 2:19-cv-00973-CKD Document 1 Filed 05/28/19 Page 3 of 26

COLOR OF LAW. THUS, A SUSPECT IN A PRISON CUSTODY BATTLE WAS HANGED AND I WAS DEEMED TO HAVE AN "ENEMY," AND A "KEEP-AWAY ORDER" WAS ISSUED. STRANGELY, ALTHOUGH SHERIFF'S DEPARTMENT SOFTWARE IS SO SOPHISTICATED THAT IT CAN FLAG ENEMIES OR MOVE THEM RIGHT INTO AN INMATE'S CELL TO ORCHESTRATE HITS BY THE MEXICAN MAFIA, IT CONVE-NIENTLY LEAVES OUT THE SAFETY CONCERNS FOR PROTECTING VULNERABLE OLD MEN—LEAVING ONE DEPUTY TO SARCASTICALLY OPINE "OH, IT SAYS YOU LIKE FIGHTING, HUH?" IT ALSO HAS THE ADDED ADVANTAGE OF PROLONGING MY EXPOSURE IN HIGH LEVEL 8 PODS, HOUSED WITH THE MOST VIOLENT, SINCE I AM AUTOMATICALLY ASSUMED TO "LIKE FIGHTING," A PERFECT SETUP. ALL THIS IS BECAUSE OF STERLING'S DELIBERATE INDIFFERENCE IN REGARDS TO PROTECTING CITIZENS FROM HARM WHILE IN THE CITY COURTHOUSE. CONVENIENT AMNESIA TO RACIALLY SENSITIVE ISSUES IN A CUSTODY EN-VIRONMENT LED TO A HIGHER, ALBEIT WHOLLY PREDICTABLE EXPOSURE TO THIS KIND OF INCIDENT. SO WHY DIDN'T ANYBODY ASK, FOR INSTANCE, HOW A WHITE INMATE SOMEHOW ENDED UP IN THE SAME HOLDING TANK WITH AN ASIAN, WHEN THAT CELL WAS SPECIFICALLY RESERVED FOR MEXICAN GANGSTERS? SO HOW DO GUARDS ALLOW A VISIBLY ASIAN MAN INTO THAT TANK WITHOUT COMMENT? AND WHY WASN'T THIS WHITE KID SEEMINGLY NOT AT ALL CONCERNED FOR HIS OWN SAFETY AMONG EVERYONE SPEAKING EXCLUSIVELY IN SPANISH, WHILE SPORTING MS-13 TATTOOS STAMPED ON THEIR FOREHEADS?

AN ATTACK, BY THE WAY, THAT COULD HAVE BEEN WHOLLY AVOIDED HAD STERLING CONDUCTED AN ACTUAL BAIL AND O.R. HEARING BY THE BOOK, INSTEAD OF MOCKING MY INABILITY TO PAY FOR A REAL LAWYER. IF I HAD BEEN AFFORDED AN OPPORTUNITY FOR SUPERVISED RELEASE, LIKE, SAY SHERIFF LEE BACA, I WOULD NOT HAVE BEEN PUT IN HARM'S WAY FOR SUCH A PROTRACTED PERIOD OF TIME. I MIGHT BE LED TO BELIEVE THAT AN ORDINARY CITIZEN PRESUMED INNOCENT BEFORE PROVEN GUILTY IS CONSIDERED ACCEPTABLE COLLATERAL DAMAGE, WHILE THE EXALTED SHOTCALLER FORMER SHERIFF HAS HIS PRIVATE ATTORNEY PROVIDE HIM HOME MONITORING WITH ANKLE BRACELET, BECAUSE HIS CLIENT IS IN TOO DELI-CATE HEALTH AND WOULD BE A VULNERABLE TARGET LIVING IN THE SAME HOUSE OF A JAIL HE ENVI-RONMENT THAT HE HIMSELF CREATED. IF HE WANTS SAFETY, THEN PUT HIM IN AN ORANGE JUMPSUIT LIKE SHUG KNIGHT IN P.C., AND HAVE HIS GANGSTER DEPUTIES PROTECT HIM, NOT SO EASY SINCE ALL OF THEM WERE INDICTED TOO! "[DION STARR] WAS IN CUSTODY IN THE L.A. COUNTY JAIL. A GROUP OF INMATES GATHERED AT HIS CELL DOOR AND THREATENED TO INFLICT PHYSICAL HARM ON HIM. HE YELLED FOR THE DEPUTIES GUARDING THE JAIL TO COME TO HIS AID. INSTEAD OF PROTECTING HIM, A DEPUTY OPENED STARR'S CELL GATE IN ORDER TO ALLOW THE GROUP OF INMATES TO ENTER. THE INMATES ENTERED THE CELL AND REPEATEDLY STABBED STARR AND HIS CELLMATE." [STABBING] STARR 23 TIMES WHILE STARR SCREAMED FOR HELP AND PROTECTION."" "STARR LAY ON THE FLOOR BLEEDING AND MOANING IN PAIN. ONE DEPUTY YELLED AT HIM, "NIGGER LAY DOWN,' AND REPEATEDLY YELLING "SHUT UP NIGGER," THE DEPUTY THEN KICKED HIS FACE, NOSE, AND BODY NUMEROUS TIMES, CAUSING PAIN, BLEEDING AND A NOSE FRACTURE. OTHER DEPUTIES STOOD BY AND WATCHED." STARR V. BACA (2011) 652 F.3d 1202, FILED JULY 25, 2011.

AFTER MY ATTACK, I WAS SCHEDULED TO RETURN TO STERLING'S COURT AGAIN. AMAZINGLY, I WAS AGAIN PUT IN THE WRONG HOLDING TANK, THIS ONE WAS TINY, NOT MORE THAN 12' BY 12', AND WAS WALL TO WALL WITH MEXICAN GANG MEMBERS, OVER 20 WITH STANDING ROOM ONLY. ABOUT A HALF HOUR LATER, A GUARD APPARENTLY REALIZING THE BLUNDER, FLUNG THE DOOR BACK OPEN AND BECKONED ME TO QUICKLY STEP OUT—THE GUARD WAS ASIAN. "THIS BILL WOULD DECLARE THE INTENT OF THE LEGISLATURE TO SAFELY REDUCE THE NUMBER OF PEOPLE DETAINED PRETRIAL, WHILE ADDRESSING RACIAL AND ECONOMIC DISPARITIES AND TO ENSURE THAT PEOPLE ARE NOT HELD IN PRETRIAL DETENTION SIMPLY BECAUSE OF THEIR INABILITY TO AFFORD MONEY BAIL."" "DETAINING PEOPLE SIMPLY DUE TO AN INABI-LITY TO AFFORD MONEY BAIL VIOLATES THE AMERICAN PRINCIPLES OF EQUAL PROTECTION AND FUNDA-MENTAL FAIRNESS. NATIONWIDE, THE MAJORITY OF PEOPLE WHO ARE UNABLE TO MEET MONEY BAIL FALL WITHIN THE POOREST THIRD OF SOCIETY." MY TRIAL WOULD HAVE YET TO OCCUR MORE THAN TWO YEARS LATER. SB-10, THE BAIL REFORM ACT WAS ENACTED BEFORE MY APPEAL WAS FINAL. MY APPELLATE ATTORNEY AND JUDGES WERE ADVISED AND QUICKLY REJECTED RELEASE PENDING MY APPEAL. FROM THE ORCHESTRATED GUARD MOB HITS TO INVIDIOUS OLD WHITE MALE JUDGES, IT IS FOOLISH TO ALLOW WHITE MEN TO HOLD THE FATE OF US SUBCLASSES AT THE MERCY OF MISCONCEIVED, RACE-BASED CLASSIFICATION SCHEMES, WHEN THEY ARE NEVER HELD ACCOUNTABLE AND HAVE NO STAKE IN

FROM THE OUTSET STARTED DOWN THE WRONG PATH RIGHT OFF THE BAT. THUS, IT IS FOOLISH TO ALLOW ANY CAUCASOIDS TO HOLD OR DECIDE THE FATE OF US SUBSPECIES AT THEIR MERCY WITH DELIBERATELY MISCONCIEVED RACE CLASSIFICATION SCHEMES THAT THEY INEXPLICABLY THINK THEY'RE QUALIFIED TO INVENT. ULTIMATELY, THEY ARE NEVER HELD ACCOUNTABLE FOR SUCH AVOIDABLE BLUNDERS, NOR HAVE ANY STAKE IN THEIR SUCCESS OR FAILURE.

"ONE OF THESE OFFICERS, AN ASSOCIATE WARDEN, TESTIFIED AS FOLLOWS." [WITH THE ASIAN POPULATION, THE CONTROL SERGEANTS HAVE TO BE MORE CAREFUL THAN THEY DO WITH BLACKS, WHITES, AND HISPANICS BECAUSE, FOR EXAMPLE, YOU CANNOT HOUSE A JAPANESE INMATE WITH A CHINESE INMATE. YOU CANNOT. THEY WILL KILL EACH OTHER. THEY WON'T EVEN TELL YOU ABOUT IT. THE SAME WITH LAOTIANS, VIETNAMESE, CAMBODIANS, FILIPINOS. YOU HAVE TO BE VERY CAREFUL ABOUT HOUSING ASIANS WITH OTHER ASIANS. IT'S VERY CULTURALLY HEAVY." SUCH MUSINGS INSPIRE LITTLE CONFIDENCE, INDEED. THIS COMMENT SUPPORTS THE SUSPICION THAT THE POLICY IS BASED ON RACIAL STEREOTYPES AND OUTMODED FEARS ABOUT THE DANGERS OF RACIAL INTEGRATION. THIS COURT SHOULD GIVE NO CREDENCE TO SUCH CYNICAL, REFLEXIVE CONCLUSIONS ABOUT RACE. SEE: e.g., PALMORE V. SIDOTH, 466 U.S. 429, 432, 80 L.Ed. 2d 421, 104 S.Ct. 1879 (1984) "CLASSIFYING PERSONS ACCORDING TO THEIR RACE IS MORE LIKELY TO REFLECT RACIAL PREJUDICE THAN LEGITIMATE PUBLIC CONCERNS; THE RACE, NOT THE PERSON, DICTATES THE CATEGORY"). JUST WHO SET THESE JUDGES UP TO BE THE RESIDENT EXPERTS ON WHETHER JAPANESE AND CHINESE MEN WOULD NOT KILL EACH OTHER? HOW CONVENIENT FOR THESE ARBITERS OF RACE INTEGRA-TION, A CONCEPT WHOLLY DREAMED UP BY WHITES TO RECTIFY THEIR OWN DIVISIVE NATURES TO COME BACK AND ACTUALLY "DICTATE THE CATEGORIES." SO MUCH SO, THAT IT EXASCERBATED SITUATIONS, ACTING AS FAMOUS LAST WORDS TO SET UP MY NEXT ATTACKS.

" ON SATURDAY OCTOBER 3, 2015, I INTERVIEWED INMATE SCARZO REGARDING SAFETY CONCERNS. SPECIFICALLY, ON THE FOREGOING DATE INMATE SCARZO WAS A VICTIM OF A BATTERY BY INMATE QUINTERO (AN7774). INMATE SCARZO WAS IMMEDIATELY SECURED IN A HOLDING CELL PENDING AN INTERVIEW AND A 7219 MEDICAL EVALUATION." D. MACIEL, FACILITY "C" CORRECTIONAL SERGEANT(A) NORTH KERN STATE PRISON. SO WHAT WAS THAT ABOUT "OUTMODED FEARS" BASED ON "RACIAL STEREOTYPES"? SO THE ALL-KNOWING STATE COURTS "SHOULD GIVE NO CREDENCE" TO ASIAN CRIMINALS WHO "WILL KILL EACH OTHER"? ANY MORE BRIGHT IDEAS BEFORE I START BELIEVING THIS WAS ALL JUST A SETUP?

" RECENTLY, CDCR'S NEW POLICIES OF INTEGRATING INCARCERATED PEOPLE INTO UNSAFE SITUATIONS HAS BEEN CREATING AVOIDABLE VIOLENCE ON "NON-DESIGNATED PROGRAM YARDS" AND GP YARDS. ON NON-DESIGNATED PROGRAM YARDS THERE HAVE BEEN RIOTS BETWEEN PEOPLE WITH GP AND SNY DESIGNATIONS AND ON GP YARDS THERE HAVE BEEN RIOTS DUE TO CDCR'S "INCREMENTAL RELEASE" POLICY WHERE STAFF PURPOSEFULLY PUT GROUPS OF PEOPLE ON THE YARD TOGETHER THAT THEY KNOW ARE IN CONFLICT." (YARD INTEGRATION AND INCREMENTAL RELEASE UPDATES, INITIATE JUSTICE NEWSLETTER, SPRING, MARCH 2019). IN OTHER WORDS INSTEAD OF JUST RELEASING THE OLD AND VULNERABLE WHO NO LONGER POSE A THREAT TO ANYONE INTO ALTERNATIVE CUSTODY COMMUNITY REHABILITATION PROGRAMS AS MANDATED BY VOTERS IN PROPOSITION 57 TO ALLEVIATE PRISON OVERCROWDING — OR HOLDING PROPERLY CONDUCTED NO-MONEY O.R. BAIL HEARINGS THAT NO LONGER DISCRIMINATE AGAINST US NIGGERS AND GOOKS,— THE WHITE PLANTATION MASTERS AT THE CDCR ARE RETALIATING BY INSTIGATING YET ANOTHER DIRECTED MASS EXTERMINATION PROJECT. "FOR THE PAST 20 YEARS, THE S.N.Y. YARDS (SIC) HAVE BEEN A FAILURE" (WHO'S FAULT WAS THAT?). "IN SOCIETY, THERE ARE NO SPECIAL NEEDS YARDS, SO INMATES MUST LEARN TO PROGRAM FOR THEMSELVES." SCOTT KERNAN, OUTGOING SECRETARY OF THE C.D.C.R. IN 2017 ADDRESS.

ASIAN GANG LEADER PAUL QUINTERO WAS ALLOWED BY GUARDS TO RUN WHAT IS KNOWN AS THE "ASIAN CAR" IN GENERAL POPULATION AT DELANO'S 'RECEPTION CENTER'. EACH RACE IN PRISON IS ALLOWED TO ORGANIZE THEIR OWN GANGS, PICKING LEADERS BY THE BIGGEST AND MOST VIOLENT AMONG THEM.

Case 2:19-cv-00097-CMD Document 1 Filed 05/28/AR Page 5 of 26

QUINTERO, WHO BARELY SPEAKS ENGLISH, STANDS OVER 6 FEET TALL AND WEIGHS IN AT AROUND 250 POUNDS. HIS GANG HANDLE IS "TINY". AS THE SHOTCALLER HE MADE SURE THAT HIS ONLY APPOINTED SECOND IN CHARGE, NATHAN SCHINDLER (ALSO NOT REMOTELY ASIAN LOOKING), BE PLACED IN MY CELL TO 'CHECK MY PAPERWORK'. QUINTERO WAS ALREADY CONVINCED I HAD A SEX CHARGE, SO HE INSTRUCTED SCHINDLER TO HUMOR ME UNTIL WE ENTERED THE DAY ROOM, KNOWING I WAS BEING SET UP. I TRIED TO REACH THE GUARD PODIUM BEFORE QUINTERO'S DOOR WAS OPENED, I WAS TOO LATE, AND QUINTERO SUCKER PUNCHED A 65 YEAR OLD, 135 POUND MAN IN THE BACK OF MY HEAD A HALF-DOZEN TIMES BEFORE THE GUARDS COULD PULL HIM OFF ME. BY THAT TIME, THE DAMAGE WAS ALREADY DONE, AND FROM THAT POINT ON I WOULD SUFFER DRY HEAVES, ROOM SPINS, BLOODY EYE OCCLUSIONS, SLOW THINKING, PANIC ATTACKS AND NIGHT SWEATS FROM THE MULTIPLE CONTUSIONS RESULTING IN A CONCUSSION UP TO THIS VERY DAY. SINCE THEN, AT EVERY OPPORTUNITY, THE MEDICAL SERVICES AT RECEPTION AND HERE AT HIGH DESERT, CONTINUE TO DOWN-PLAY AND MINIMIZE THE LINGERING EFFECTS OF MY INJURIES IN THEIR FALSIFIED MEDICAL REPORTS.

TO DEMONSTRATE HOW LITTLE C.D.C.R.'S CONCERN IS FOR THE PUBLIC SAFETY, PAUL QUINTERO WAS EXPEDICIOUSLY RELEASED FROM THEIR CUSTODY AND BACK DIRECTLY INTO THE COMMUNITY ONLY A FEW DAYS AFTER HIS VICIOUS ATTACKS- ON SCHEDULE - WITH NO ADDITIONAL ASSAULT CHARGES PENDING. SLEEP WELL, FELLOW CITIZENS, QUINTERO IS NO LONGER MY PROBLEM - BUT THANKS TO THE EFFORTS OF THEN CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS, TINY IS DEEMED FULLY REHABILITATED WELL BEFORE PROPOSITION 57 EVER EXISTED. AND HARRIS CAN ALSO BE CREDITED WITH GREEN LIGHTING A PLEA DEAL FOR HIS SIDEKICK, COP-KILLER NATHAN SCHINDLER, WHO OPENLY BRAGGED ABOUT HOSPITALIZING TWO POLICE OFFICERS AND INJURING A POLICE DOG.

EVEN THOUGH THE C.D.C.R. CONTINUE TO ACT AS THOUGH MY BLOODSOAKING NEVER HAPPENED, I GUESS I SHOULD COUNT MYSELF LUCKY THAT ANOTHER ATTEMPTED PRISON HIT WAS UNSUCCESSFUL.

DEFENDANT SCOTT KERNAN AND DIAZ NOW STAND IN FULL BREACH OF CONTRACT BY UNILATERALLY CANCELING THE S.N.Y. PROGRAM WITHOUT A SAFE AND FOOLPROOF ALTERNATIVE UP AND RUNNING. HE HAS FAILED TO PROTECT THOSE OF US WHO HAD NO CHOICE BUT TO PUT OUR TRUST IN THE HANDS OF A BUTCHER WHO HAD NO INTENTION OF HONORING BOTH HIS OATH OF OFFICE, OR THE TERMS AND CONDITIONS OF A CONTRACTUAL OBLIGATION. BUT INSTEAD, ENGAGING IN TACTICS MEANT TO INTENTIONALLY INCREASE "AVOIDABLE VIOLENCE" THROUGHOUT CALIFORNIA'S GULAGS. "CONFLICTED LOYALTIES" IS AN UNDERSTATEMENT. AGGRAVATED CRIMINAL NEGLIGENCE, VOLUNTARY MANSLAUGHTER OR ATTEMPTED MURDER IS MORE TO THE POINT. SO THIS STATE STILL BELIEVES IT CAN RUN ITS PLANTATIONS?

WITHIN THE 2015 SPECIAL REVIEW OF HIGH DESERT STATE PRISON, UNDER THE SUBHEADING " RACISM AND IMPLICIT BIAS," IT READS: " THE WHITE STAFF WERE VERY RACIST AND BIGOTED, NOT JUST TOWARDS INMATES BUT ALSO TOWARDS OFFICERS THAT WERE A DIFFERENT RACE." "FROM THE CASUAL USE OF DEROGATORY RACIAL TERMS TO DE FACTO DISCRIMINATION, IT BECAME APPARENT TO THE O.I.G. THAT THERE IS A SERIOUS ISSUE AT HDSP AND THAT THE INSTITUTION'S LEADERSHIP APPEARS OBLIVIOUS TO THESE PROBLEMS (PGS. 11 AND 12)." "WE WIPE OUR ASS ON THAT O.I.G. REPORT." LIEUTENANT RAMSEY, HIGH DESERT STATE PRISON.

ON DECEMBER 22, 2017, DURING A 602 HEARING ADDRESSING MY COMPLAINT AGAINST A CUSTODIAL GUARD, K. SILVA, WHO SINGLED ME OUT IN FRONT OF A STAFF NURSE, SAMSON, BY USING THE RACIST PET NAME "MISTER MIYAGI" TO HUMILIATE ME TO IMPRESS THE NURSE. ANNOYED, I FIRED BACK THAT "I NEVER GET TIRED OF HEARING YOU GUARDS REPEAT THAT RACIST SLUR OVER AND OVER AGAIN, AS THOUGH YOU THOUGHT IT UP ALL BY YOURSELF." HE LOOKED APPARORAINTELY CHAGRINED AND UNABLE TO FIRE BACK WITH A SNIDE COMMENT WITH SAMSON SITTING THERE.

UNFORTUNATELY, WHEN I TRIED TO RELATE HOW INAPPROPRIATE AND UNPROFESSIONAL THE COMMENT WAS TO RAMSEY, HE CUT ME OFF DURING THE 602 HEARING BY DERISIVELY ASKING "SCARZO, JUST HOW MANY PRISONS HAVE YOU BEEN TO ?" I ANSWERED THAT " I DON'T MAKE A CAREER OUT OF VISITING PRISONS." HE SAID "I'M ASKING BECAUSE IF RACIST COMMENTS ARE GOING TO BOTHER YOU THIS MUCH, THEN YOU'RE GONNA HAVE A ROUGH TIME IN THIS PLACE."

"LET ME ASK YOU THIS, LIEUTENANT — ARE YOU RACIST?" IT'S OBVIOUS THAT YES, YOU ARE, AND YOU DON'T HAVE A CLUE WHAT IT'S LIKE TO HAVE TO LISTEN TO YOU YOKELS CONSTANTLY MAKING RACIST SLURS DAY AND NIGHT, FROM EMPLOYEES OF THE GOVERNMENT WHO SHOULD KNOW BETTER. I EXPECT IT FROM UNEDUCATED PRISONERS. MAYBE YOU HAVEN'T READ THIS" I SHOWED HIM A COPY OF THE 2015 O.I.G. HIGH DESERT REPORT, AND HE SNEERED" THAT? HAH, WE WIPE OUR ASS ON THAT O.I.G. REPORT," SEVEN MONTHS LATER, ON JUNE 11, 2018, THE C.O.C.R. APPEALS CHIEF AFFIRMED "THAT STAFF DID NOT VIOLATE POLICY WITH RESPECT TO THE ISSUE APPEALED." IN OTHER WORDS, I AM LED TO BELIEVE THAT RACIST NAMECALLING IS WHOLLY WITHIN THE CUSTODIAL STAFF'S JOB DESCRIPTION AND ALSO ALIGNED WITH THE CULTURE AND POLICY OF C.O.C.R. TOP BRASS.

"EMPLOYEES SHALL BE ALERT, COURTEOUS, AND PROFESSIONAL IN THEIR DEALINGS WITH INMATES," "INMATES AND PAROLEES SHALL BE ADDRESSED BY THEIR PROPER NAMES, AND NEVER BY DEROGATORY OR SLANG REFERENCE, CALIFORNIA CODE OF REGULATIONS, TITLE 15, PAGE 269, §3391(a).

MAY 2016 SACRAMENTO BEE ARTICLES, WRITTEN BY CHARLES PILLAR WAS A TWO PART SERIES DESCRIBING THE O.I.G. REPORTS AS AN" INVESTIGATION INTO THE BEHAVIOR UNITS AT HDSP, INCLUDING SIGNED AFFIDAVITS, CONVERSATIONS AND CORRESPONDENCE WITH INMATES WHICH UNCOVERED EVIDENCE OF RACISM AND CRUELTY AT THE FACILITY." "ADDITIONALLY, AS RECENTLY AS DECEMBER 2015 (THE EXACT TIME OF MY ARRIVAL) ON AN SNY FACILITY AN INMATE WITH A HISTORY OF IN-CELL VIOLENCE AND GANG AFFILIATION INFORMED AN OFFICER THAT HIS CELLMATE WAS DEAD. THE VICTIM WAS FOUND FACEDOWN ON THE FLOOR AND HOGTIED WITH MULTIPLE INJURIES AND A PEN AND PENCIL STABBED IN THE VICTIM'S EAR. WRITTEN ON THE VICTIM'S T-SHIRT WERE DEROGATORY SLURS," IT'S ALL FUN AND GAMES UNTIL SOMEONE GETS KILLED AGAIN. AND CAVALIER POLICIES AND ATTITUDES BY STAFF AND THE C.O.C.R. IN REACTION TO RACE OR SAFETY IS BEYOND THE AVERAGE CITIZEN'S MORAL UNDERSTANDING OF WHAT SHOULD BE ACCEPTABLE.

A DANGEROUSLY SLACK LEVEL OF VIGILANCE WHEN IT COMES TO RESPONDING TO MEDICAL OR MENTAL EMERGENCIES IS EVEN MORE ALARMING. ONLY A FEW MONTHS AGO, AT APPROXIMATELY 4 IN THE MORNING, PRISONER BERNAL IN CELL NUMBER 208 DIRECTLY ABOVE MINE, HAD GONE AHEAD AND HUNG HIMSELF AND HAD BEEN DEAD FOR HOURS BEFORE A PILE OF NURSES AND DRUNK C.O.S MADE A BIG SHOW OF CLAMBORING UP THE STAIRS, AND DELIVERING C.P.R. ON HIS CORPSE, WHICH WAS CARTED OUT WITH A NURSE STRADDLED ON HIS TORSS. HE WAS ALREADY VISIBLY ASHEN WHITE. TO MAKE IT LOOK GOOD, C.O.S MADE SURE WE HEARD THEIR SHOUTS WHEN THEY CAME INTO" CUT THE ROPE." THE REALITY BEING THAT HIGH DESERT GUARDS HAVE NO BUSINESS ACTING LIKE THEY AT ALL TAKE THEIR JOB ANY MORE SERIOUSLY THAN BEFORE, WHEN THEY STILL LOUDLY BITCH AND MOAN ABOUT NOW HAVING TO TREAT US LIKE HUMAN BEINGS WHEN THEY WERE BUSY MURDERING US DAILY.

THEIR PREDELECTION IS TO BEHAVE LIKE SPOILED GRAMMAR SCHOOLYARD BULLIES SEEMS TO BE THE ONLY JOB REQUIREMENT. EVEN BEFORE I LEFT L.A. COUNTY JAIL, I WAS ALREADY BEING HARRASSED REGULARLY ABOUT MY RACE AND APPEARANCE BY DEPUTIES. DEFENDANT DEPUTY GARIBAY, (ALSO SPECIFICALLY NAMED AS A DEFENDANT IN THE INFAMOUS DION STARR V. COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DEPUTY MAYBET BUGARIN; DEPUTY JOSE GARIBAY; SGT. MICHAEL INGE; LT. ALFRED GONZALEZ; CAPT. JOHN CLARK, DEFENDANTS-APPELLANTS, U.S. COURT OF APPEALS 9th CIR. 552 FED. APPX. 660; 2014 U.S. APP. LEXIS 645 No. 10-56205, FILED JANUARY 13, 2014.), WOULD MAKE A BIG SHOW OF SINGLING ME OUT TO HIS CACKLING GUARD BUDDIES LOITERING AT HIS GUARD STATION EVERY TIME I VISITED THE LAW LIBRARY. HE WOULD GET ON THE LOUDSPEAKER AND ANNOUNCE" HERE HE COMES NOW — IT'S MISTER MIYAGI!" THIS WOULD ALWAYS ELICIT ROARS OF LAUGHTER FROM HIS GATHERED PEANUT GALLERY. JULY 11, 2015

IN CASE SOMEONE HAD BEEN LIVING UNDER A ROCK FOR THE PAST 40 YEARS, "MISTER MIYAGI" IS A REFERENCE TO THE MAIN CHARACTER IN THE 1984 FILM "THE KARATE KID," A CHARACTER THAT

SATISFIED THE DEEPEST WHITE-BRED YEARNINGS OF THE PREVAILING GROUP-MINDSET OF A BUNCH OF IGNORANT, SPOILED, ENTITLED HARVEY WEINSTEIN-ERA HOLLYWOOD SCREENWRITERS WORKING AT THAT TIME. THEIR MYOPIC WORLD VIEW TRANSMITTED TO THE SILVER SCREEN A GROTESQUE CARICATURE OF A SHORT, BALD, FUNNY-LOOKING SLANT EYES THAT SPOKE WITH A REQUISITE THICK CHOPPY ACCENT, GUARANTEEING THAT NO WOMAN IN HER RIGHT MIND WOULD FIND ATTRACTIVE, AND NO PASTY-FACED WHITE MAN WOULD FEEL SEXUALLY THREATENED BY. HOLLYWOOD DELIVERED A READY-MADE STEREOTYPE THAT ANY CEMENT-HEADED GOVERNMENT WORKER COULD USE ON DEMAND. SO FROM THE MOMENT I STEPPED INTO STATE'S CUSTODY, I HAVE BEEN PUMMELED UNCEASINGLY BY A CONSTANT STREAM OF JUVENILE TAUNTS, THE LIKES OF WHICH I HADN'T EXPERIENCED SINCE 5th GRADE BACK IN THE 1960's, DURING THE HEIGHT OF THE CIVIL RIGHTS MOVEMENT.

PREDICTABLY IT DID EXACTLY NOTHING TO UTILIZE THE IN-HOUSE ADMINISTRATIVE COMPLAINT PROCESS ABOUT L.A. JAILHOUSE ABUSES, OR EVEN TO ADDRESS GARIBAY'S IMMEDIATE SUPERVISING SERGEANT DIRECTLY ABOUT THE HUMILIATING NAME-CALLING USING THE STATE-OWNED PUBLIC ADDRESS SYSTEM. I DID SO WHEN THE SERGEANT HAPPENED TO COME AROUND ON A RANDOM INSPECTION, WHERE I TOOK THE OPPORTUNITY TO CONFRONT THE SLUB WITH GARIBAY STANDING RIGHT NEXT TO HIM. I ASKED THE SERGEANT WHY HE WOULD TOLERATE SUCH BEHAVIOR FROM HIS DEPUTIES, POINTING STRAIGHT AT THE WALL DIRECTLY BEHIND HIM THAT IRONICALLY HAD A QUOTE PAINTED ON IT WHICH WAS FROM THE SO-CALLED LAW ENFORCEMENT 'CODE OF ETHICS' THAT READ : "TO DEFEND AGAINST PREJUDICE AND RACISM IN ALL ITS FORMS." MEANWHILE, GARIBAY THREW UP HIS HANDS IN EMBARRASSMENT SAYING "AHH-BAD TIMING." THE SERGEANT POLITELY WALKED ME TO THE ESCALATOR AND ASSURED ME HE WOULD LOOK INTO IT WHEN HE RECEIVED A COPY OF MY WRITTEN COMPLAINT. AFTER THAT BRIEF MEETING, I WAS NEVER AGAIN CONTACTED OR INTERVIEWED IN ANY WAY. IT IS A WELL KNOWN FACT IN LOS ANGELES COUNTY JAIL THAT THE DEPUTIES REGULARLY SIMPLY THROW AWAY OUR COMPLAINTS. THE MISTER MIYAGI DEBACLE UNDERLINES THE UTTER FUTILITY OF CIRCULAR INTERNAL SELF-INVESTIGATION WITH BUILT-IN LACK OF TRANSPARENCY OR ACCOUNTABILITY, DESIGNED MERELY TO TOLL-OUT A PRISONER'S (OR IN THIS CASE AN UNCONVICTED PRIVATE CITIZEN'S) APPELLATE RIGHTS TO RELIEF. MEANINGLESS RULES MEANT TO BE BROKEN, IN A STATE WHOSE PHILOSOPHY IS THAT THE RULES ONLY APPLY TO THEM IF IT GETS REPORTED ON THE NATIONAL NEWS.

IF A PERSON OF REASONABLE INTELLECT WERE TO FIND THE NONSENSE PERPETRATED BY THESE SOCIETAL MISFITS DISGUISED AS DEPUTIES AND PRISON GUARDS THOROUGHLY IMPROPER, DIS-TASTEFUL, AND WHOLLY UNACCEPTABLE IN OUR JAILS AND PRISONS, THEN WHAT ARE CITIZENS TO MAKE OF SOCIOPATHIC THUGS DRESSED IN BLACK ROBES, WHO NOT ONLY TOLERATE VIOLENCE IN THEIR HOLDING TANKS, AND SEXIST, HOMOPHOBIC AND RACIAL SLIGHTS IN THEIR COURTROOMS, BUT ALSO GO SO FAR AS TO INCLUDE THEIR DEEPLY ROOTED BIGOTRY IN SILENT, WRITTEN OPINIONS WHICH INCLUDE RACE-BAITING, JUDGE-TO-JUDGE ANTI-MISCEGENATION DOG-WHISTLED MESSAGING THAT ANY ONE OF US COMMON FOLKS WOULD IMMEDIATELY SPOT, COMING OFF ABOUT AS SUBTLE AS A TRAIN WRECK IF WE HEARD SUCH COMMENTS OUT LOUD. OF COURSE, THESE JUDGES KNOW THIS AND KNOW THEY ARE IMMUNIZED BY THE FACT THAT MOST OF REAL PEOPLE INHABITING THIS REAL WORLD WOULD RATHER POKE THEIR EYES OUT WITH A HOT FIREPLACE POKER RATHER THAN BEING FORCED TO READ A SELF-SATISFIED JUDGE'S MIND-NUMBINGLY DULL, UNINSPIRED, DIDACTIC TALMUDIC DRIVEL PENNED BY A BUNCH OF NO-TALENT, BLAND, WHITE HOOD-WEARING CROSS-BURNERS SUFFERING FROM SEVERE CASES OF SOCIOPATHIC PERSONALITY DISORDERS, WHO TAKE DELIGHT IN PATHOLOGICALLY ABUSING THEIR IMAGINED 'DISCRETION' TO EXORCISE THEIR PREJUDICES REGULARLY TO DEPRIVE POOR COLORED PEOPLE APPEARING BEFORE THEM OF THEIR LIBERTY RIGHTS WHO CAN'T COUGH UP ENOUGH RANSOM CASH TO GET THEM OUT OF THEIR GULAGS IN MOST INSTANCES NEVER EVEN BOTHERING TO CONDUCT BAIL REDUCTION OR O.B. HEARINGS-SUCH AS WHAT HAPPENED TO YOURS TRULY (SEE: REVISED RULES IN SB-10 BAIL REFORM ACT.).

IF A JUDGE WERE SOMEHOW IMPANELED WITH AN IOTA OF OBJECTIVE CREDENCE, HE MAY STILL LOSE SIGHT AND NO LONGER BE FULLY COGNIZANT OF HOW FAR OVER THE LINE HIM AND HIS WHITE BROTHERHOOD HAD STRAYED, IN FAILING TO VIGILANTLY KEEP HIDDEN THEIR INSIDE TRACK OF OFFENSIVELY IGNORANT RANTS FROM THE PRYING EYES OF THE PUBLIC. MUCH IS SIMPLY DUE BECAUSE THEY ARE COMFORTABLE IN A RHETORICAL ECHO-CHAMBER WHERE INDIFFERENCE TO RACIAL DISTINCTIONS REMAINS UNEXPLORED AND NEVER A LEGAL PRIORITY. THAT IS WHY I THOUGHT I WAS SEEING THINGS WHEN I READ THE FIRST LINE IN DEFENDANT MITCHELL'S REPLY BRIEF, JUMPING OFF THE PAGE AS FOR ME BY STATING " KATHLEEN G. WAS THE " "CRIME VICTIM" "DESCRIBED" "AS 'WHITE, ABOUT 5 FOOT 6, APPROXIMATELY 40 TO 50 YEARS OF AGE. (3 RT 198) APPELLANT (AGE 57) WAS APPARENTLY (AND THE OPERATIVE WORD IS APPARENTLY) A JAPANESE ANIMATION ARTIST." SO, THE FIRST, AND MOST CRUCIAL FACT, THAT MITCHELL WANTS HIS COLLEAGUES TO PAY ATTENTION TO, IS THAT THE ALLEGED VICTIM IS A WHITE WOMAN, AND THAT HER ALLEGED ATTACKER IS A GOOK. WELL, HOT-DAMN-CASE CLOSED.

WHERE MITCHELL GETS HIS NEWS FLASH THAT I AM A "JAPANESE ANIMATION ARTIST" IS NEWS TO ME, I NEVER WORKED IN JAPAN, NOR DID I EVER WORK IN "JAPANESE ANIMATION", NOR HAVE I EVER UTTERED THE TERM "JAPANESE ANIMATION", BUT I DO HAVE A SOLUTION AS TO WHERE MITCHELL COOKED UP HIS MISCONCEPTION. IT IS A CARELESSLY SLOPPY CONFLATION ORIGINATING IN MITCHELL'S ARCANE BUNKER WORLDVIEW OF WHAT HE MISHEARD AT TRIAL. AND BECAUSE HE'S THE GUY WRITING CONCLUSIONS IN THIS NARRATIVE, HE USED HIS CONFLATION TO WIND UP ACCUSING ME OF LYING ABOUT MY NATIONALITY. AND HIS CLONE HOFFSTADT, PICKED UP THAT CARELESSLY DESCRIBED FRAGMENT AND USED IT IN A WEAK-MINDED ATTEMPT AT A PERJURY TRAP, IN A MAD RUSH TO PRESERVE THEIR CONVICTION.

DEFENDANT MITCHELL'S FOOTNOTE ON PAGE 8 OF HIS SUP OPINION READS: " WHILE PRO PER PRETRIAL, APPELLANT STATED THAT HE WAS NOT AN AMERICAN CITIZEN, AND THUS NEEDED THE JAPANESE CONSULATE UNDER THE VIENNA CONVENTION (SUPP. RT 1207)" ON NOVEMBER 15, 2013; (1) APPELLANT APPEARED IN COURT, AND REQUESTED TO CONSULT OR MEET WITH THE JAPANESE CONSULATE TO MEET WITH APPELLANT IN JAIL OR IN COURT AT THE NEXT PRETRIAL HEARING. (1 CT 90-91; SUPP. RT 1214-1202)" (FG. 11) ALL THIS SOUNDS NICE AND OFFICIAL ON PAPER--LIKE THESE JUDGES ARE ACTUALLY INTENDING TO FOLLOW THE LAW, AND ARE PERFORMING THE COURTS DUE DILIGENCE DUTIES. NOTHING CAN BE FURTHER FROM THE TRUTH. IF THIS MEETING OCCURRED, THEN WHERE IS THERE ANY MENTION OF THE OUTCOME OF THIS ALLEGED MEETING WITH THE JAPANESE CONSULATE? THE PLAIN ANSWER: NO MENTION IS MADE BECAUSE SUCH A MEETING NEVER TOOK PLACE. SECONDLY, WHY NO PROFESSIONAL CURIOSITY BY THE WHITE TRIFECTA OF STERLING, MITCHELL OR HOFFSTADT AS TO WHY I NEEDED TO MEET WITH CONSUL IN THE FIRST PLACE? IT WAS BECAUSE EACH WAS ALREADY CONVINCED THEY KNEW I AM A LIAR. THE TRUE REASON WAS EVEN SIMPLER THAN THAT, IT WAS TO REACH OUT TO MY FAMILY LIVING IN JAPAN (YES, I ACTUALLY HAVE MANY), FOR HELP WITH LEGAL ASSISTANCE. IN OTHER WORDS, STERLING'S GRIEVOUS LAPSE IN COMPLYING BY FOLLOWING THROUGH ON VIENNA CONVENTION MANDATES, WAS BASED ON HIS EGO AND RACE-CENTRIC PRECONCEPTIONS AS TO MY RACIAL IDENTITY. IN MAKING UP MY MIND FOR ME, HE DENIED ME, AGAIN, MY MEANINGFUL ACCESS TO SUBSTANTIVE LEGAL COUNSEL, AS WELL AS A TREATY VIOLATION. WORSE YET, NOBODY EVER BOTHERED TO ASK ME MY FAMILY NAME, SINCE THEY ALL WERE IN A MAD RUSH TO PUT THE LAST NAIL IN MY COFFIN. MITCHELL'S LAMEASS REASONING FOR DEEMING ME "NOT JAPANESE ENOUGH" TO SATISFY A WHITE MAN'S DEFINITIONS IS NOT ONLY RECKLESSLY MOOT, IT IS INSULTING, TO WIT: " AT TRIAL, HE TESTIFIED AS FOLLOWS: I'M A STORYBOARD ARTIST FOR FILM AND TELEVISION. MOST OF THAT WAS ANIMATION. I WORKED ON THE ORIGINAL THREE SEASONS OF TEENAGE MUTANT NINJA TURTLES. I WORKED AT DISNEY ON THE EMMY AWARD WINNING GARGOYLES SERIES. I WORKED FOR MARVEL [AND] IN MOST OF THE MAJOR STUDIOS IN THE STUDIO CHAIN." THIS PASSAGE WAS MEANT TO DISPROVE THAT I WAS A JAPANESE NATIONAL.

APPARENTLY THE MITCHELL-HEADFY PRANKS WENT ORBWARD BRAZEN ENOUGH TO RELATE IT TO JAPAN AND WORKING IN JAPANESE ANIMATION, AND BEING A JAPANESE NATIONAL. IT IS USELESS AT THIS POINT TO DEBATE THE WHOLE PROBLEM OF CULTURAL APPROPRIATION BY THE LIKES OF ELIZABETH WARREN OR BETO O'RORKE, SINCE WHITE FOLKS ARE THE CHAMPIONS OF CULTURAL IDENTITY THEFT. AND IN CASE THIS IS SOMEHOW A REVELATION, NOT ONLY DO JAPANESE NATIONALS WORK REGULARLY AT AMERICAN STUDIOS, BUT ALSO KOREANS, CHINESE, RUSSIANS, CZECHS, SERBIANS AND FRENCH NATIONALS. WELCOME TO THE 21ST CENTURY, JUDGE MITCHELL. IF MITCHELL AND COMPANY CANNOT BE BOTHERED TO TAKE THE TIME TO ENLIGHTEN HIMSELF ABOUT THE COMPLEX CULTURAL MECHANICS OF MODERN DAY SOCIETY, AND MUSTER ENOUGH INTELLECTUAL CURIOSITY TO EVEN GET THESE BASIC BOOKKEEPING FACTS STRAIGHT RIGHT FROM THE JUMP EVEN WHILE CLOISTERED IN HIS OWN EXALTED STAR CHAMBER MERRILY WRITING HIS REMARKABLY D-WITTED OPINIONS, THEN WHAT EXACTLY MAKES HIM OR HOFFSTADT, OR STORLING FOR THAT MATTER, QUALIFIED TO PRESIDE, OVERSEE, SIFT THROUGH AND ORGANIZE THE COMPLEX FACTS, STATEMENTS, OR EVIDENCE THAT MAKE UP A TRIAL? ESPECIALLY WHEN THEY'VE ALL BEEN SHOWN TO BE COMPLICIT IN GOING OUT OF THEIR WAY TO HIDE ILLEGALLY OBTAINED EXCULPATORY BRADY EVIDENCE AND ALLOW THE PROSECUTION TO CREATE STRATEGY WITH IT, A DISCRIMINATORY ACT THAT SEVERELY HAMPERED MY ABILITY TO MOUNT A COMPLETE AND SPIRITED DEFENSE. HOW MANY OF US NIGGERS AND GOOKS HAVE BEEN TROTTED TO THE SAME SNOLLYGOSTER'S TRICKS? MAYBE COMPREHENSIVE ACCESS TO MONEY AND TIME EXPENDED FOR CERTAIN CASES IS ONLY RESERVED FOR THE INFLUENTIAL WHITE ELITES, AND NOT PISSED AWAY ON THE PEASANT CLASS MUD RACES. JUST HOW LITTLE IS A GOOK ANIMATOR'S LIVELIHOOD WORTH ANYWAY?

CRAIG MITCHELL, A CULTURAL ANACRONISM STILL REFERENCING NO LONGER RELEVANT OLD BLACK REMINISCE ABOUT THE GOOD OL' DAYS WHEN YOU COULD LYNCH A BLACK MAN IN SECONDS JUST FOR LOOKING CROSS-EYED AT A WHITE WOMAN, DOESN'T WANT TO CLUTTER HIS IMMATURE MIND BY ACQUAINTING HIMSELF WITH THIS UNIQUELY AMERICAN PHENOMENON OF THE TEENAGE MUTANT NINJA TURTLES, BUT IS CONTENT BORING THE DAYLIGHTS OUT OF DISINTERESTED AND DECIDEDLY LAZY JURY POOL OF MILLENIALS AND POISONING THEIR UNDERSTANDING OF WHAT CONSTITUTES BEYOND A REASONABLE DOUBT WITH MISLEADING JURY INSTRUCTIONS.

WHEN I FINALLY GOT MY HANDS ON A COPY OF THE SLIP OPINION, I REALIZED HOW MUCH OF MY TIME WAS WASTED BELIEVING THIS BIGOT WAS IN ANY WAY IMPARTIAL. MOST COWARDS WILL PUT SELF FROM PULLING A KNIFE AND CASTRATING ME RIGHT THERE ON THE STAND, BUT SHORT OF THAT, THE NEXT BEST THING HE COULD DO WAS GO INTO A HUDDLE WITH DHAWAN AND CREARY AND A TOUT A TACTIC TO KEEP ME ON A SHORT LEASH. JUNE 25, 2015, STARTING ON PAGE 221 OF THE TRIAL TRANSCRIPTS, IN A SIDEBAR THEY ALL FREELY DISCUSSED THE CONTENTS OF A G-MAIL ILLEGALLY HACKED, UNBEKNOWNST TO ME, OUT OF MY PRIVATE ACCOUNT, I WOULD NOT LEARN OF THE BREACH UNTIL MANY YEARS HAD PASSED, THANKS TO THE OBSTRUCTIONIST EFFORTS OF THE APPELLATE ATTORNEY NANCY T. KING, TO WIT: " Q. WHEN YOU SAY THE SAME THING STARTED TO HAPPEN-- A. [THIS TIME] SHE WASN'T SAYING, "DID SOMEBODY COME INTO THE ROOM [ANYMORE]" WHAT SHE DID SAY WAS] "I'M SORRY MISTER, PLEASE DON'T TRY BED." SHE STOPPED AND STAYED AT ME." [AND] "THAT WAS HER EXACT WORDS." " Q. DID SHE TELL YOU WHO BED WAS? A. THAT'S WHEN I FOUND OUT WHO BED WAS, BECAUSE SHE WAS--[MOLESTED] BY HER FATHER- ROOM MACKENZIE] MS. DHAWAN: OBJECTION, NON RESPONSIVE. THE COURT: SUSTAINED, NEXT QUESTION. Q. BY M.P. CREARY: BE CAREFUL NOT TO GO PAST--" " A. I THOUGHT I WAS JUST CONTINUING WITH MY ANSWER." " Q.-- WHO DID SHE TELL YOU BED WAS? MS. DHAWAN: OBJECTION, RELEVANCE, CAN WE APPROACH? THE COURT: YOU CAN. (THE FOLLOWING PROCEEDINGS WERE HELD AT SIDEBAR.) THE COURT: BOTH COUNSEL ARE PRESENT AT SIDEBAR:

MS. DHAWAN: I THINK THAT'S WHAT THIS IS ABOUT, MS. SCARZO SENT THE VICTIM'S DAUGHTER TEXT MESSAGES ABOUT HOW THE VICTIM TOLD MR. SCARZO THAT HER FATHER HAD MOLESTED HER AS A CHILD AND THAT SHE ENJOYED IT AND THAT SHE WAS TRYING TO REPLICATE THAT WITH MR. SCARZO. AND I DON'T KNOW IF THAT'S WHERE THIS IS HEADED, BUT THAT'S WHAT IT REMINDS ME OF, AND I DON'T THINK THERE IS ANY RELEVANCE TO WHAT SHE TOLD HIM ABOUT HER-- IF IT'S, IN FACT, TRUE. MR. CREARY: ACTUALLY, THE PURPOSE OF IT IS REALLY TO ESTABLISH, THE LEVEL OF IMPAIRMENT SHE WAS UNDER AS A RESULT OF TAKING PSYCHOTROPIC MEDS AND ALCOHOL. MS. DHAWAN: THAT I HAVE NO OBJECTION TO. THE COURT: AND THAT YOU CAN ASK, BUT YOU HAVE TO BE PRECISE IN YOUR QUESTIONING: IS THERE ANYTHING THAT SHE SAID THAT SUGGESTED TO YOU THAT SHE WAS IN ANYTHING LESS THAN AN ABSOLUTELY CLEAR STATE OF MIND? WHAT SHE SAID IS HEARSAY, SO I'M NOT GOING TO ASK YOU TO REPEAT EXACTLY WHAT SHE SAID, BUT DID WHAT SHE SAID HAVE ANY CONNECTION TO REALITY?" DHAWAN: "I RESPECT MR. CREARY, BUT I DON'T TRUST THE DEFENDANT TO LIMIT HIS ANSWERS TO THE QUESTIONS. I'M ASKING FOR COUNSEL TO HELP CIRCUMSCRIBE HIS RESPONSES."

OTHER THAN THE FACT THAT ALL OF THIS QUARTERBACKING TO "CIRCUMSCRIBE" ME RIGHT IN THE HEAT OF TRIAL COULD HAVE BEEN AVOIDED BY SIMPLY INVITING GRUEN'S 33 YEAR OLD DAUGHTER AND FATHER, BED MACKENZIE, TO THE STAND TO TESTIFY, AND BETTER STILL, FOR THIS SO-CALLED PUBLIC DEFENDER TO ACTUALLY INTRODUCE THE DAUGHTER'S "TEXT MESSAGES" HE SOMEHOW ACQUIRED. EVIDENCE OF THESE SO-DESCRIBED "TEXT MESSAGES" DO NOT APPEAR IN THE OFFICIAL GOVERNMENT VERSION OF THE SUBMITTED DISCOVERY DOCUMENTS. THE REASON FOR THIS COULD BE THE FACT THAT I NEVER HAD TALIA'S PHONE NUMBER IN THE FIRST PLACE, SO DIRECTLY TEXTING HER WAS NEVER EVEN POSSIBLE, BUT WHAT IS STRANGE IS THAT PROSECUTOR DHAWAN HAPPENS TO BE RECITING, WORD-FOR-WORD, A PRIVATE G-MAIL I SENT TALIA CONFIDENTIALLY MONTHS BEFORE ANY CROOKED PROSECUTORS EVER DREAMED UP A CRIME. STRANGER YET, HOW IS IT THAT MITCHELL IS DISCUSSING THINGS REGARDING CONVERSATIONS WITH GRUEN THAT SEEM WHOLLY OVER FAMILIAR AND RIDDLED WITH EX PARTE EVIDENTIARY DISCUSSIONS? WHAT'S GOING ON HERE? WHERE IS THIS "TEXT" IN CREARY'S DISCOVERY COPY? NOT ONLY DOES THIS EPISODE PRESENT CHAIN-OF-EVIDENCE ISSUES, BUT I HAVE TROUBLE FIGURING WHICH SIDE ANYBODY IS ON, AND WHO ACTUALLY ILLEGALLY HACKED MY EMAIL ACCOUNT IN THE FIRST PLACE? ALTHOUGH I DO HAVE MY SUSPICIONS. AND SINCE MANY OF THESE TEXTS AND EMAILS CROSSED STATE LINES, JUST WHO SUBMITTED THE FISA WARRANT REQUEST FOR ELECTRONIC SURVEILLANCE? MITCHELL, CREARY AND DHAWAN ARE REQUIRED TO TAKE THE STAND TO TESTIFY ON THEIR OWN BEHALF AND BE PROPERLY CROSS EXAMINED BEFORE A JURY.

AND IF ALL THIS ISN'T BAD ENOUGH, DOES IT BOTHER ANYONE THAT THE PROSECUTOR DOESN'T SEEM AT ALL CONCERNED ABOUT THIS CHILD MOLESTOR FATHER AND HIS TIES TO A CHILD PROSTI- TUTION RING? FOR THE RECORD, LET ME BRING EVERYBODY UP TO SPEED ON THIS-SINCE I CAN NOW BE COUNTED AS YET ANOTHER VICTIM OF AN ONGOING CRIME OF HUMAN TRAFFICKING EVIDENCE OF WHICH THIS L.A. PROSECUTOR AND JUDGE ARE ENTIRELY COMFORTABLE SWEEPING UNDER THE RUG. THE FULL CONTENTS OF MY EMAIL TO TALIA GOES AS FOLLOWS:

FOR 33 YEARS, KATHLEEN GRUEN SUCCEEDED IN CONCEALING HER NOW OFFICIALLY DIAGNOSED MENTAL CONDITION KNOWN AS "DISSOCIATIVE IDENTITY DISORDER" HIDING IT FROM FAMILY, FRIENDS AND THE PLAINTIFF WHILE IMPROPERLY SELF-MEDICATING HERSELF WITH AN ILLEGALLY APPROPRIATED PRESCRIPTION OF THE NEUROTOXIN ZOLOFT, AS WELL AS OTHER UNIDENTIFIED PSYCHE-MEDS. SHE WAS ENABLED INTO DOING SO BY SOLICITING THE SERVICES OF A CROOKED RETIRED GLENDALE PHYSICIAN, DEFENDANT ALLAN BOTHMAN, TRADING SEXUAL FAVORS DURING A FREE TRIP TO HAWAII IN RETURN FOR A SIGNATURE AUTHORIZATION ON THE PRESCRIPTION. EVEN THOUGH HE WAS NOT A PSYCHIATRIST AND NO LONGER AN ACTIVE PRACTICING PHYSICIAN. IN ADDITION, HER MISGIFTED HER $15,000.00 FOR A CONFIDENCE SCHEME SHE HATCHED WITH HER CURRENT IN-HOUSE PIMP, DEFENDANT SHANE SHEEZ, WHO LIVED RENT-FREE IN HER 10 BEDROOM HOUSE DURING THIS TIME. SHE WAS MORE THAN $30,000.00 IN THE HOLE, BEHIND IN HER PROPERTY TAXES THE HOUSE SAT UPON IN THE EXPENSIVE LOS FELIZ NEIGHBORHOOD.

SHE KNEW SHE WAS NEEDED TO HIDE A PROPHET TRAFFICKING PROSTITUTE, TRAINED AND TURNED OUT BY HER OWN FATHER, RED MACKENZIE, WHO HAD CONVINCED HER THAT SHE NEEDED TO "HELP HER FATHER" PAY DOWN GAMBLING DEBTS. ALL OF THIS WAS WITHHELD FROM HER DAUGHTER, TALIA ROSE GRUSH, FOR HER ENTIRE LIFE OF 33 YEARS.

THESE DETAILS I DULY RECOUNTED AS THEY WERE EXPLAINED TO ME IN THE AFOREMENTIONED EMAIL, AND WERE LATER VERIFIED IN FOLLOWUP EMAILS WHERE TALIA CONFRONTED KATHLEEN WITH THE INFORMATION, AND TO WHICH SHE ULTIMATELY CONFESSED THEY WERE TRUE. AS SUCH, THE KEY WITNESS IN THE DEBATE WAS, OF COURSE, TALIA HERSELF ACTING AS TIE BROKER, AND IN DUE COURSE HAD, AND STILL HAS AN OBLIGATION TO TESTIFY ABOUT IT. DEFENDANT DHAWAN KNOWS THIS AS WELL AS ANYBODY, ESPECIALLY SINCE HER AND HER DEFENDANT JACKIE LACEY BENEFITED FROM ITS CONTENTS WHEN THEY SOMEHOW GOT HOLD OF MY ACCOUNT. ALL OF THIS, OF COURSE, WOULD HAVE DRAMATICALLY ALTERED THE OUTCOME OF THE TRIAL, AND WHY HER MOTHER FELT FREE TO WILLFULLY PERJURE HERSELF BY LYING ABOUT IT - THE WAY HER FATHER TAUGHT HER - AND BY WHICH DHAWAN, IN TURN, EXPLOITED HER CLIENT, ENCOURAGING HER TO DO SO BY MAKING HER THINK IT WAS LEGAL, AND THEREBY SUBVERTING KATHLEEN AND TAKING ADVANTAGE OF HER TRUST YET AGAIN LIKE HER FATHER, IN A SUBORNING OF PERJURY RACKET. BY COVERING UP CLEAR AND CONVINCING EVIDENCE OF CHILD SEX TRAFFICKING DIRECTED BY HER FATHER, WHICH INCLUDED PORNOGRAPHIC FILMS MADE OF HER MULTIPLE GANG RAPES STILL IN EXISTENCE WAS, AND IS, BY ANYONE'S ESTIMATION, AN UNDERSTATEMENT TO DECLARE IT A NUCLEAR-SCALE BREACH OF PROSECUTORIAL AND JUDICIAL ETHICS AND PROFESSIONAL MALPRACTICE.

DEFENDANT LON GRUEN, KATHLEEN'S FORMER HANDLER AND ALLEGED FORMER HUSBAND, ALSO HAS AN OBLIGATION TO BE CROSS EXAMINED ABOUT THEIR DEALINGS, SINCE HE LIVED WITH BOTH HER AND RED UNDER THE SAME ROOF FOR DECADES. LON MET HER BACK IN THE 1970'S AS TEENAGERS WHILE HE WORKED AT THE SAME BOWLING ALLEY WHERE SHE TURNED TRICKS LOCATED AT THE INTERSECTION OF 135TH STREET AND CENTRAL AVENUE IN COMPTON, HER FATHER HAD RUN BOTH HIS PROSTITUTION RING AND BOOKING OPERATION FOR HORSE RACING AT SANTA ANITA AND HOLLYWOOD PARK. THIS WAS WHERE LON PURCHASED KATHLEEN FROM HER FATHER, LON BECOMING HER NEXT HANDLER USING THEIR SHAM MARRIAGE AS A FRONT, AND WHICH LON AND RED SHARED IN THE PROFITS WHILE ALL THREE LIVED TOGETHER.

THINGS WORKED FINE FOR A WHILE, BUT AS THE YEARS WENT BY, HER CHILDHOOD PROGRAMMING BEGAN TO FAIL, AND SHE BECAME A DISAPPOINTMENT TO HER JOHNS. SHE HAD DEVELOPED COMPARTMENTALIZED MULTIPLE PERSONALITIES AS BOTH A COPING MECHANISM AND PART OF HER SEXUAL PERFORMANCES. BUT AS THE YEARS WENT BY, THOSE PERSONALITIES BEGAN TO DETERIORATE, BREAKING DOWN THE BARRIERS BETWEEN EACH AND SHOWING UP AT INAPPROPRIATE TIMES. THIS FRAGMENTATION GOT SO BAD THAT SHE WAS NO LONGER USEFUL TO LON. FINALLY HE GAVE UP ON HER ALTOGETHER AND LEFT HER FOR A YOUNGER WOMAN, COLDLY SAYING AS HE LEFT THAT FOR 35 YEARS "I HAD NEVER BEEN HAPPY WITH YOU ANYWAY." KATHY EXPLAINED TO ME THAT SHE HAD THREE PRIMARY PERSONALITIES: ONE OF HER REMAINING AS A LITTLE GIRL, COMPLIANT AND EAGER TO PLEASE, THE OTHER AS A MATRONLY HOUSE MOTHER, AND THE THIRD WAS HER OWN FATHER - RED MACKENZIE.

HER STONEWALLING AND ABJECT INABILITY TO TELL THE TRUTH AT TRIAL WAS PROGRAMMED INTO HER D.N.A. FROM BIRTH. SHE WAS TAUGHT THAT TRUTH WAS DANGEROUS, SO NEVER REALLY KNEW WHAT WAS NORMAL. COUPLE THAT WITH A DEEP-SEATED CONFLICT BETWEEN LOVE AND HATE FOR HER FATHER, ALONG WITH AN ABIDING HATRED FOR MEN SHE COULDN'T BETRAY WHILE SHE ACTED TO PLEASE CUSTOMERS - PUTTING ALL MEN IN A GENERAL CATEGORY SHE PERCEIVED AS THREATS, CULMINATED IN A COMPLETE RETREAT FROM REALITY AND A NORMALITY SHE HAD NEVER KNOWN.

(12.)

STRIKING OUT FOR THE FIRST TIME ON HER OWN, SHE QUICKLY CROSSED FOR HERSELF IN THE LARGE EMPTY HOUSE A SAFE HAVEN. IMMEDIATELY SURROUNDING HERSELF EXCLUSIVELY WITH YOUNG, WHITE, HOMOSEXUAL MALES—MEN WHO WOULD IN NO WAY POSE ANY KIND OF SEXUAL THREAT, WHOM SHE COULD CONTROL BY POSITIONING HERSELF AS THE REQUISITE "HOUSE MOTHER" TO A GANG OF EUNUCHS AS A WAY TO REGAIN POWER AGAINST PAST WRONGS, WHILE SHE PLAYED OUT HER VENDETTA AGAINST HER ATTACKERS, WHICH WERE NOW ANY UNWITTING HETEROSEXUAL MAN WHO WOULD EXPRESS ANY KIND OF INTEREST IN DATING HER. THAT IS, UNTIL THEY ULTIMATELY DISCOVER HER SERIOUS MENTAL ILLNESS.

TALIA USED MY EMAILS TO CONFRONT HER MOTHER, AND KATHLEEN RELUCTANTLY ADMITTED WHAT I SAID WAS ACCURATE, THEN BEGGED TALIA'S FORGIVENESS FOR LIVING A LIFELONG LIE. DEVASTATED, TALIA STATED THAT "MY WHOLE LIFE WAS A LIE—I DON'T KNOW WHAT TO BELIEVE FROM YOU ANYMORE" AND THIS IS WHY KATHLEEN ANGRILY BLURTED OUT AT TRIAL THAT MY EMAIL "TOTALLY RUINED MY RELATIONSHIP WITH MY DAUGHTER," BECAUSE IT FORCED HER TO FINALLY COME CLEAN ABOUT HER SECRETS.

DEFENDANTS ONGWAN AND MITCHELL NEVER UTTERED A WORD OF THESE FACTS FOR OBVIOUS REASONS. THEY WERE WILLING ACCOMPLICES TO A CONSPIRACY TO WITHHOLD EXCULPATORY EVIDENCE THEY ACQUIRED ILLEGALLY, AND IN SO DOING, FAILING TO PROTECT MY DUE PROCESS RIGHTS TO A MEANINGFUL DEFENSE, TO PROTECT MY SAFETY IN CUSTODY, AND DESTROYING MY REPUTATION ABSOLUTE PROPERTY RIGHTS—BECAUSE THE RIGHT TO APPEAL IS A PROPERTY RIGHT. SEE: PEOPLE V. CALDWELL (1966) AND 7TH AMENDMENT, UNITED STATES CONSTITUTION.

ADDITIONALLY, ONE NEEDS TO BE REMINDED THAT SEX PREDATOR RED MACKENZIE AND HIS ENABLERS LON AND KATHLEEN CREATED ANOTHER POTENTIAL VICTIM—THAT OF THEIR DAUGHTER TALIA GIVEN HERSELF, WHO, UNBEKNOWNST TO HER, KATHY ALLOWED HER MOLESTER FATHER TO BABYSIT WHILE THE WORKING GIRL, KATHLEEN, WENT OUT AND PERFORMED ON "DATES." SINCE THEN, TALIA NOW EXPERIENCES INEXPLICABLE BOUTS OF MOROSE DEPRESSION, HAS A FEAR OF MARRIAGE AND MOTHERHOOD, AND SHARES AN UNHEALTHY LEVEL OF MISTRUST FOR ANY MEN WHO ARE FOOLISH ENOUGH TO WANT TO DATE HER MOTHER. THIS MAY BE THE AFTER-MATH OF MULTIGENERATIONAL SEXUAL ABUSE AND HUMAN TRAFFICKING, AND THE CALIFORNIA ATTORNEY GENERAL AT THIS TIME, SHOULD HAVE WELL PAID ATTENTION TO SUCH REPORTS INSTEAD OF PAYING OFF $1.6 MILLION DOLLARS TO BUY THE SILENCE OF SO MANY SUCH SEXUAL ABUSE SURVIVORS. THIS MEANS YOU, DEFENDANT KAMALA HARRIS, ALONG WITH YOUR PIT HOUND, DEFENDANT JACKIE LACEY.

MEANTIME, IN DEFENDANT MITCHELL'S COURTROOM, ANY ETHNICALLY CHALLENGED MAN WHO HE CONSIDERS A THREAT, IN ANY WAY, GETS THE SAME SHORT-SHRIFTED RUN AROUND THAT I GOT FOR SIMPLY STATING GLARING DEFICIENCIES IN HIS SHADY TRIAL PRACTICES, AND THOSE OF HIS CRONIES, CO-DEFENDANTS WILLIAM N. STERLING, NOEL BIANCO, VANDERER, AND LISA LENCH. ALL, BY THE WAY, ARE WHITE. BY THE END OF ALL OF THEIR HEARINGS, I WAS CONSISTENTLY REDUCED TO INCESSANTLY LITERALLY BEGGING THEM FOR THE PRIVILEGE OF EXERCISING MY RIGHT TO ACCESS MY WITNESSES, INVESTIGATORS AND EXCULPATORY EMAILS AND TEXTS—ALSO TO EXERCISE MY UNWAVERING RIGHT TO TRY MY OWN CASE—ALL TO NO AVAIL. ALL OF THAT WOULD BE STRIPPED FROM ME FOR THE MOST TRIVIAL REASONS. IT WAS THEN THAT, BEING FED UP, I DEMANDED MITCHELL STOP ALL PROCEEDINGS AND LAUNCHED INTO A FILIBUSTER OF THESE JUDGES EGREGIOUS SANDBAGGING TACTICS SPANNING OVER 2½ YEARS. AMAZINGLY MANY YEARS LATER, I CAME UPON THE EXACT PATTERN OF OBSTRUCTION AND DELAY BY THE VERY SAME TEAM OF MITCHELL AND LENCH RECOUNTED BY ANOTHER ETHNICALLY CHALLENGED BLACK MAN, AT THE VERY SAME MOMENT IN JURY SELECTION:

2016 U.S. DIST. LEXIS 43785... PATTERSON V. SOTO, ON MARCH 28, 2012, PATTERSON WAS ARRAIGNED ON THE AMENDED INFORMATION BEFORE L.A. SUPERIOR COURT JUDGE LISA LENCH. AT THAT HEARING, PATTERSON BROUGHT A MARSDEN MOTION TO REPLACE HIS COURT-APPOINTED ATTORNEY, MITRA DONDE, BECAUSE HE WAS DISSATISFIED WITH HER REPRESENTATION. AFTER JUDGE LENCH DENIED THE MARSDEN MOTION, PATTERSON MOVED TO REPRESENT HIMSELF UNDER FARETTA.'" JUDGE LENCH CONTINUED THE HEARING TO THE FOLLOWING DAY, MARCH 29, 2012, AND THEN APRIL 17, 2012. BETWEEN APRIL 17 AND JULY 8, 2012, PATTERSON APPEARED IN COURT WITH HIS APPOINTED COUNSEL FIVE ADDITIONAL TIMES. THERE IS NO INDICATION THAT PATTERSON RENEWED HIS FARETTA MOTION DURING ANY OF THOSE HEARINGS, OR THAT THE TRIAL COURT MADE ANY FURTHER RULING ON THAT MOTION. ON JULY 9, 2012 PATTERSON'S TRIAL WAS SCHEDULED TO COMMENCE BEFORE L.A. SUPERIOR COURT JUDGE CRAIG J. MITCHELL. PRIOR TO THE START OF JURY VOIR DIRE, PATTERSON BROUGHT ANOTHER MARSDEN MOTION. HE STATED THAT HE DID NOT FEEL COMFORTABLE GOING TO TRIAL WITH MS. DONDE AND REFUSED TO BE REPRESENTED BY HER.'" WHEN JUDGE MITCHELL ADVISED PATTERSON THAT HIS FARETTA MOTIONS WERE UNTIMELY PATTERSON REPLIED: "I TRIED TO DO IT SIR, AND I GOT RAN AROUND WITH JUDGE LENCH, AND HER AND THE D.A., THEY WAS TELLING ME TO COME BACK THIS DAY, COME BACK THIS DAY, BUT THEY WOULD NEVER MENTION IT TO ME. I TRIED TO DO IT THEN. I SIGNED THE PAPERWORK - TO TRY TO DO IT, - THEY GAVE ME THE ROUGHENED AND ACTED LIKE I DIDN'T TRY TO DO IT, KEPT ON GOING TO PROCEED, KEPT ASKING ABOUT IT. I GOT NO RESPONSE, SIR. I TRIED TO DO IT." IN RESPONSE MITCHELL REITERATED THAT PATTERSON'S REQUEST TO REPRESENT HIM-SELF ON THE DAY OF TRIAL - WAS "OFF THE TABLE" AT THIS STAGE.'" PATTERSON RAISED A NUMBER OF ISSUES,'" INCLUDING THE FACT THAT MS. DONDE HAD NOT FILED CERTAIN MOTIONS AND HAD NOT CONTACTED HIS MAIN WITNESS.'" IN ADDITION, PATTERSON ACCUSED DONDE'"" OF BEING AN "ADVOCATE OF THE D.A. AND USING "RACIAL SLURS" AGAINST HIM WHEN HE REFUSED TO ACCEPT A PLEA." SOME HABITS SURE DIE HARD WITH THIS BUNCH. READING THIS IS LIKE "DÉJÀ VOUS ALL OVER AGAIN," SINCE INSTITUTIONAL RACISM LIVES FOREVER.

BY USING FARETTA WAIVERS AND TIME CONTINUANCES TO SANDBAG AND GASLIGHT, MITCHELL, LENCH, AND THE D.A. CAN SIMPLY TOLL AND STALL YOUR TIME OUT, STARVING ANY DEFENDANT OF HIS MOST PRECIOUS RESOURCE, WHILE THEIR FLUNKY TOOL AT THE PUBLIC DEFENDER'S OFFICE KEEPS A FIRM BOOT ON YOUR NECK BY SEPARATING YOU FROM ANY DUE DILIGENCE TOOLS TO INVESTIGATE AND MOUNT A SUCCESSFUL DEFENSE. THIS, IN CONJUNCTION WITH NO FINANCIAL ACCESS TO THE BAIL WINDOW, EFFECTIVELY SERVES THE IDENTICAL PURPOSES THAT JIM CROW LAWS DID IN THE DEEP SOUTH AS RECENTLY AS 2004, BUT CONTINUE TO DO SO RIGHT HERE IN SUNNY CALIFORNIA. AND DEFENDANT BRIAN HOFFSTADT WILL MAKE CERTAIN THAT BOOT STAYS FIRMLY IN PLACE RIGHT THROUGH THE POINTLESS APPELLATE LEVEL AS WELL.
AS FOR MY ALLEGED RIGHT TO A PROPER HEARING TO CONSIDER BAIL PENDING APPEAL, I WAS NOSED OUT OF ANY NEED FOR THAT RIGHT OUT OF HAND THE MOMENT THAT MITCHELL, CREARY, DHANIDINA, LACEY, HARRIS, GRUEN AND KING CONSPIRED TO DELIBERATORY WITHHOLD THE EXISTENCE OF MY EMAIL FALLING INTO THEIR GRUBBY LITTLE HANDS. THE CLOCK BEGINS TO RUN THE MOMENT WHEN A COMPLAINANT FIRST DISCOVERS EVIDENCE OF A CRIME, AND I JUST DID.
BY DESTROYING MY CAREER AND ZEROING OUT ALL SAVINGS AND PROPERTY I \#ONCE HAD, COUPLED WITH MY NOW DIMINISHED AND COMPROMISED HEALTH ISSUES THANKS TO THE REGULAR BEATINGS BY THE STATE, ALL PRECLUDE ANY ABILITY BY ME TO EVER BE A 'FLIGHT RISK.' STATE CAN PROUDLY TAKE CREDIT FOR THAT 'REHABILITATIVE' ACCOMPLISHMENT. EVEN FOR A MAN OF MEANS WORTH MILLIONS LIKE, SAY, BILL COSBY, WAS STILL DENIED BAIL PENDING APPEAL DUE, AS COSBY APTLY OBSERVED, TO THE FACT THAT HIS JUDGE WAS "A RACIST."

WHEN ALL ELSE FAILED AND COSTS, JUST BECAUSE THEY HAVE THE MONEY, DOESN'T STOP YOU FROM STILL BEING BLACK, ESPECIALLY WHEN THE FEMALE VICTIM WAS WHITE. MEANWHILE, PRIVILEGED WHITE BOYS LIKE BROCK TURNER GET TO WALK OUT OF JAIL FREE AFTER 3 MONTHS TIME SERVED, EVEN AFTER BEING CAUGHT RED-HANDED SERIAL RAPING A WOMAN IN FULL PUBLIC VIEW, THANKS TO THE DISCRETION EXERCISED BY A DISGRACED, OLD, WHITE, MALE JUDGE BY THE NAME OF AARON PERSKY, WHO WAS LATER RECALLED IN A LANDSLIDE.

MEANTIME, THE VENERABLE CALIFORNIA TRADITION OF OBSTRUCTING ACCESS TO A COURT OR FILING DOCUMENTS, CARRIES OVER CONTINUING UNDER THE PURVIEW OF THE C.D.C.R., WHOSE GREEN WALL OF HIRED THUGS THINK NOTHING OF THE INDISCRIMINATE DESTRUCTION OF DOCUMENTS DESTINED FOR THE COURTS - AND THESE ACTS OF LEGAL TERRORISM ARE VERY MUCH THE RULE AND NOT THE EXCEPTION.

THEY WELL KNOW THAT ONE CANNOT EFFECTIVELY FIGHT A CASE ON APPEAL WHEN ONE FIGHTS, ON A DAILY BASIS, JUST TO STAY ALIVE. NO ONE KNOWS THAT BETTER THAN THE THUGS WHO RUN HIGH DESERT STATE PRISON. WHEN YOU ARE DUMPED HERE, YOU ARE VERY WELL "EXPECTED" TO DIE" THE BEST WAY TO ACCOMPLISH THAT BY THESE COWARDS IS TO VERBALLY HARASS AND MANHANDLE YOU UNTIL THEY BREAK YOUR WILL. ANY OFFHAND REMARK CAN BE USED AS AN EXCUSE TO RETALIATE BY RAIDING YOUR CELL AND HAVING ANYTHING OF VALUE, LIKE LEGAL WORK PRODUCT, THROWN AWAY. DEFENDANT J. NAKKEN DID JUST THAT WHEN HE TRASHED MY CELL UNDER THE DIRECT ORDERS OF WARDEN SPEARMAN, WHO HAD INTERCEPTED MY CRIMINAL COMPLAINT TO INTERNAL AFFAIRS AGAINST SEX ABUSER VERA FLORES AND J. ARMSTEAD. THE WARDEN THEN ORDERED A SURPRISE CELL SEARCH, WHERE NAKKEN DULY TARGETED AND DESTROYED LEGAL WORK PRODUCT DESTINED FOR ATTORNEYS AT THE SACRAMENTO BEE NEWSPAPER, AND MY APPEAL OF CONVICTION TO THE COURTS.

DEFENDANT IVAN VERA FLORES SPECIFICALLY PICKED ME OUT OF A CROWD OF PRISONERS HEADING INTO MORNING CHOW ON MONDAY JUNE 22, 2018. WANTING TO AMUSE HIS GUARD BUDDIES LOITERING AT THE ENTRANCE, HE THOUGHT IT FUNNY TO HAVE ME PRESENT MY I.D. CARD TWICE TO HIM, WHEN I DIDN'T PULL MY CARD OUT FAST ENOUGH THE SECOND TIME, HE AND ARMSTEAD PACED IN AFTER ME, CUFFED ME UP, AND PERP WALKED ME OUT IN FRONT OF DOZENS OF INMATES IN HUMILIATION, ALL WONDERING WHAT I COULD HAVE POSSIBLY DONE THAT WAS BAD ENOUGH TO MARCH ME INTO A CAGE AT THE PROGRAM OFFICE ALL GAFFLED UP LIKE THAT. ONCE THERE, ARMSTEAD TAUNTED ME THROUGH THE BARS SAYING THINGS LIKE "BET YOU'LL DO IT FASTER NEXT TIME - I'M WRITING YOU UP FOR DISOBEYING A DIRECT ORDER." JUST THEN AN INCIDENT HAPPENED ON B YARD WHERE ALL BUT ARMSTEAD AND VERA FLORES WENT. INSTEAD, THEY NEEDED TO GUARD THEIR PRISONER AND MANUFACTURE A PLAUSIBLE VIOLATION REPORT. THE INTENTIONAL UNDERSTAFFING AFFORDS GUARDS TO BLEED OVERTIME PAY FROM TAXPAYERS, MAKING IT NECESSARY TO HAVE EVERY AVAILABLE GUARD RESPOND TO EVERY EMERGENCY - THEREBY JEOPARDIZING EVERYONE'S SAFETY. TWO HOURS LATER SERGEANT HARTGROVE CAME BACK, REVIEWED THE VIDEO, THEN ORDERED THEM TO RELEASE ME. AS A RESULT OF THE MADE UP VIOLATION, I WAS FORCED TO FORFEIT TWO CONSECUTIVE MEALS, AND OUT OF FEAR OF RUNNING INTO THESE ANIMALS AGAIN, I BEGAN TO SKIP BOTH MONDAY MORNING CHOW AND LUNCH ALTOGETHER. ALL THIS CAME AFTER I HAD JUST CAME OFF A 50-DAY POLITICAL HUNGER STRIKE WHERE I WAS WELL BELOW 111 POUNDS. ON THE OTHER HAND, VERA FLORES AND ARMSTEAD BOTH WEIGHING IN AT OVER 250 POUNDS A PIECE, CLAIMED THEY HAD "FEARED FOR THEIR SAFETY" AND WROTE IT UP AS "DISRESPECT WITH POTENTIAL FOR VIOLENCE!" A FEW DAYS LATER, ON OR ABOUT JUNE 25, 2018, VERA FLORES SAW ME ENTERING THE CHOW HALL AGAIN AND HECKLED ME SAYING "HEY LITTLE BUDDY - HOPE YOU LEARNED YOUR LESSON." WHEN I EXITED, HE APPEARED ON THE OTHER SIDE AND USED A PAT-DOWN AS AN EXCUSE TO GRAB ME BY THE SCRUFF OF MY NECK, YANKING ME BACKWARD, THEN WHISPERING IN MY EAR THAT "IF YOU BE THINKING OF FILING A COMPLAINT, JUST KNOW I CAN GET AT YOU AND VIOLATE YOU ANYTIME - YOU KNOW WHAT THAT MEANS."

G. BOURNETTE WAS ANOTHER GUARD ON DUTY THAT DAY THAT SAW THE INCIDENT. WEEKS LATER, WHEN I TRIED TO RELATE ALL THIS TO J. SIEBERG DURING THEIR PERFUNC- TORY 115 HEARING, IT BECAME APPARENT THAT HE WAS TOO DRUNK TO HEAR IT, MUMBLING INCOHERENTLY, HE BLEW THROUGH THE A.O.A. PORTION ADDRESSING "EFFECTIVE COMMUNICATION" BEING ESTABLISHED, LIKE HE COULDN'T BE BOTHERED WITH IT. AND WHEN I ASKED HIM TO REPEAT IT FOR ME, HE FLEW INTO AN ALCOHOLIC RAGE, RED-FACED AND SCREAMING "YOU'RE GUILTY!" NOW GET OUT OF MY OFFICE!" FOR THE NEXT 3 MONTHS I SUFFERED CONFINEMENT TO MY CELL WITH NO PHONE PRIVILEGES, DURING THE VERY TIME MY APPELLATE LAWYER, NANCY KING WAS ABOUT TO DELIVER ORAL ARGUMENTS. BEING FAR TOO LATE TO WRITE HER MY COMPLAINTS, SINCE SHE SENT ME A COPY OF HER BRIEF AT THE LAST MINUTE, SHE WAS LEFT WONDERING WHY I HAD NO COMMENTS ABOUT IT. LATER, AT MY 602 HEARING AGAINST ARMSTEAD AND VEGA FLORES, SERGEANT SILVA WAS REQUIRED TO READ ME THE RESULTS. WHEN DEFENDANT SILVA READ VEGA FLORES' THREAT TO "VIOLATE" ME "SEXUALLY" HE REMARKED "I HAVE TO START TELLING THESE GUYS TO STOP SAYING THAT." WHEN I FILED THE FORMAL INTERNAL AFFAIRS COMPLAINT AGAINST VEGA FLORES, ARMSTEAD AND SIEBERG, IT WAS INTERCEPTED BY THE WARDEN. HE SENT ME A NOTE WARNING ME TO STOP "CIRCUMVENTING" THE INTERNAL PRISON COMPLAINT PROCESS, ONE THAT HAS DEMONSTRATED TO BE RENDERED DYSFUNCTIONAL DUE TO C.C.II'S DISMISSING STAFF COMPLAINTS, EVEN ONES AGAINST THE C.C.II'S THEMSELVES—ONES DIRECTED SPECIFICALLY AGAINST DEFENDANTS WANNAMAKER, OLIVA AND CHAPPIUS SO THEY NEVER REACH SACRAMENTO.

MEANWHILE, THE ONES THAT DO GET THAT FAR ARE ALTOGETHER DISMISSED BY SIMPLY PROCLAIMING "THE SLB FOUND THAT STAFF DID NOT VIOLATE POLICY AS ALLEGED. THE SLB PARTIALLY GRANTED THE APPEAL IN THAT AN INQUIRY WAS CONDUCTED," BUT THAT "ALL NOTES THAT ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE AND WILL NOT BE DISCLOSED." HOW CONVENIENT. IT'S THAT EASY WHEN THE INVESTIGATED ARE ALSO THE INVESTIGATORS, SO MUCH FOR ANY SEMBLANCE OF TRANSPARENT AND MEANINGFUL RECOURSE.

DURING THAT SAME MONTH I HAD THE MISFORTUNE OF HAVING A ROUTINE MEDICAL CHECKUP FOR SYMPTOMS I DEVELOPED AFTER BEING BEATEN INTO A CONCUSSION BY PAUL QUINTERO. THEY SUBJECTED ME TO A HACK DOCTOR, DEFENDANT BABATH BAGUTH KUPATOS (SIC). I TRIED TO TELL HIM ABOUT RECURRANT BOUTS OF NAUSEA AND DIZZY SPELLS, MANY TIMES TRIGGERED BY THE STENCH WAFTING IN FROM A MALFUNCTIONING SEWAR TREATMENT FACILITY, WHICH NURSE DISTERHEFF EXPLAINED "HAD NEVER WORKED PROPERLY FROM THE DAY IT WAS INSTALLED." INSTEAD OF ENGAGING IN A MEDICAL DIALOGUE, HE JEERED INCREDULOUSLY SAYING "I DON'T SMELL ANY- THING." TO WHICH I ANSWERED "WELL YOU DON'T HAVE TO LIVE HERE 24 HRS/WOULD YOU KNOW." I WAS UNNERVED BY THIS GUY'S ERRATIC AND BELLIGERANT BEHAVIOR, AND BY HIS INSISTENCE THAT I ANSWER QUESTIONS ABOUT AN ASTHMA CONDITION THAT I DON'T HAVE. I ASKED HIM TO STOP ASKING ME ABOUT ASTHMA, WHICH INFURIATED HIM FURTHER TO THE POINT THAT HE REFUSED TO ADDRESS ANYTHING AND TOLD ME TO LEAVE. LATER, I RELATED THE ODD ENCOUNTER TO ANOTHER PRISONER WHO WARNED ME TO STAY AWAY FROM THAT GUY WHO HE SAID THAT "HE'S GOT ISSUES."

THE NEXT MONTH, JULY, LOCAL SUSANVILLE RADIO NEWS REPORTED THAT ALL SCHOOLS IN THE AREA HAD GONE INTO MANDATORY LOCKDOWN DUE TO A PHONE THREAT BY A FIRED EMPLOYEE OF HIGH DESERT STATE PRISON. ON THAT SAME DAY WE WERE PUT IN LOCKDOWN AS WELL. THE MAN HAD BEEN FIRED A FEW DAYS EARLIER, AND CALLED IN THREATENING TO "SHOOT UP A SCHOOL YARD." POLICE HAD BEEN DISPATCHED TO HIS HOME ON SUSANVILLE ROAD, BUT HE HAD ALREADY FLED THE STATE. SINCE HE WAS AN IMMIGRANT, HOMELAND SECURITY WAS ABLE TO TRACK HIM DOWN AT HIS FAMILY'S HOME ALL THE WAY ACCROSS THE COUNTRY HIDING IN QUEEN'S NEW YORK. HIS NAME WAS DR. BABATH BAGUTH KUPATOS.

DEFENDANTS DESIGNATED AS UNKNOWN AGENTS OF HIGH DESERT PRISON HIRING AUTHORITY ARE RESPONSIBLE FOR JEOPARDIZING THE HEALTH AND SAFETY OF BOTH STAFF AND VULNERABLE INMATES BY CONDUCTING INADEQUATE BACKGROUND CHECKS AND ALLOWING THESE PREDATOR DREGS OF

SOCIETY TO GET AT US DISGUISED IN LAB COATS AND GUARD UNIFORMS. DEGENERATES LIKE BOGATH KUPATUK, A TERRORIST, AND CAPTAIN CHRISTOPHER LEWIS, A CONVICTED SEX OFFENDER, BEING A PART OF THE ROGUES GALLERY THIS PLACE HAS ROXDILY ELEVATED TO POSITIONS OF AUTHORITY. CALLING THIS INADEQUATE ATTENTION TO MEDICAL ACCESS OR SECURITY WOULD BE A BIZARRE UNDERSTATEMENT - WILLFUL CRIMINAL NEGLECT AND HUMAN ENDANGERMENT MORE TO THE POINT. THE LONGER I AM EXPOSED TO THESE ANIMALS, THE MORE INJURY OR DEATH IS THE PREDICTABLE OUTCOME. AND THE ONE WHO INFLICTED THE MOST INJURY AND NEARLY KILLED ME IS NONE OTHER THAN WARDEN SPEARMAN HIMSELF:

WHEN I FIRST ANNOUNCED I WOULD INITIATE A POLITICAL HUNGER STRIKE, I MADE IT CLEAR IN MY DIRECT CONVERSATIONS WITH DEFENDANT MARION ELIOT SPEARMAN OF MY SAFETY CONCERNS AGAINST HIS CUSTODIAL STAFF, CONCERNS THAT INCLUDED THE ABJECT CONTEMPT AND DISREGARD HIS SUPERVISING OFFICERS LT. MIKE LEE, LT. RAMSEY, LT. SIEBERG, CAPT. ALBONICO, SGT. HATHAWAY, AND LT. SPEARSON SEEM TO DISPLAY WHILE CONDUCTING THEIR SO-CALLED 602 AND 115 HEARINGS. HEARINGS WHERE THEY LAUGH WHEN THEY DENY YOU ANY WITNESSES OR OPPORTUNITY TO ASK THEM QUESTIONS, EVEN IF THEY HAPPEN TO BE STANDING IN THE ROOM. WITH THESE INFERIOR OFFICERS, ANY GUIDANCE IN REFERENCE TO ANY ADMINISTRATIVE PROCEDURES ACT IS JUST FOR SHITS AND GIGGLES. AS FOR SPEARMAN, I SPECIFICALLY REQUESTED A MEETING WITH DAN SPECTRE OR ANY REPRESENTATIVE FROM THE PRISON LAW OFFICE. AS THE DAYS WORE ON, FROM 20 DAYS TO 30 DAYS, FROM 30 DAYS TO 40 DAYS - IT BECAME APPARENT THAT SOMETHING WAS AMISS. SPEARMAN WOULD INSIST UP AND DOWN THAT HE HAD INDEED LEFT NUMEROUS MESSAGES, BUT THAT MR. SPECTRE "WAS A VERY BUSY MAN" AND THAT SPEARMAN HAD STILL NOT RECEIVED ANY WORD BACK.

THEN, AROUND MY 48TH DAY OF EXCRUCIATING PAIN AND SUFFERING, AS ALL MY MUSCLE AND FAT HAD BEEN MERCILESSLY BEEN EATEN AWAY, LEAVING ME A HUMAN SKELETON, THE MANAGING ATTORNEY FOR THE P.L.O., HAPPENED TO BE MAKING A ROUTINE SURPRISE A.O.A. COMPLIANCE INSPECTION. AS PART OF HER DUTIES, SHE NEEDED TO MEET WITH ANY CURRENT HUNGER STRIKERS IN THE STATE AND HEAR THEIR CONCERNS. IT WAS ONLY THEN THAT I DISCOVERED, AS SPEARMAN AND A DR. HAGG WERE PEERING NERVOUSLY THROUGH THE GLASS, THAT NEITHER SHE, NOR ANY-ONE AT THE P.L.O. OFFICE HAD EVER BEEN CONTACTED ABOUT ME OR MY REQUEST TO SEE THEM. SPEARMAN HAD DELIBERATELY LIED TO MY FACE - AND IF HE HAD LET ME GO ON, THERE WAS THE VERY REAL POSSIBILITY THAT I WOULD HAVE EXPERIENCED RENAL SHUTDOWN AND DEATH. SPEARMAN LITERALLY TRIED TO KILL ME, AS I WAS WELL PAST THE 42 DAY CUTOFF POINT OF NO RETURN. AND IT WAS A MIRACLE THAT I WAS STILL ALIVE - ACCORDING TO DR. GREENLEAF AND THE NURSE STAFF. MY DEATH COULD EASILY HAVE BEEN CHALKED UP AS JUST ANOTHER SUICIDE, AND NO ONE WOULD BE NONE THE WISER. LIKE BORNAL'S FORTUITOUS LYNCHING ALONE IN HIS CELL, SPEARMAN AVOIDS ANY UNCOMFORTABLE QUESTIONS ABOUT HIS LEADERSHIP ABILITIES - SINCE HE WAS APPOINTED TO BE THE TOKEN BLACK FACE THAT REFORMED THE RACIST REPUTATION OF HIGH DESERT.

PUTTING MY LIFE IN A SUCH IRRESPONSIBLE JEOPARDY, SPEARMAN SHOWED AN UNCANNY PENCHANT FOR TURNING HIS BACK AND FAILING TO PERFORM HIS DUTIES OR TO PROTECT WHEN ACTION WAS NECESSARY. SUCH INTENTIONAL INFLICTION OF PAIN IS THE VERY DEFINITION OF TORTURE IN VIOLATION OF INTERNATIONAL HUMAN RIGHTS TREATIES, VOLUNTARY MANSLAUGHTER AND MORE TO THE POINT, ATTEMPTED MURDER. SPEARMAN AND HIS GREEN WALL HIT SQUAD HAVE A KNACK FOR KNOWING WHEN TO LOOK THE OTHER WAY - THEY ARE WELL-PRACTICED EXECUTIONERS. DEFENDANT SPEARMAN MUST BE HELD TO ANSWER FOR HIS CRIMES AGAINST HUMAN DIGNITY AND DECENCY, AND TO EXPLAIN HIS REASONING WHY HE REFUSED TO CONSENT TO SUCH A SIMPLE AND HUMBLE REQUEST, IN ORDER TO STOP THE SUFFERING OF A REPLEVIN SLAVE IN HIS CHARGE.

THIS SHAMEFUL INCIDENT REIGNITED MY WORST FEARS THAT THE WARDEN AND HIS GANG OF THUGS WERE DELIBERATELY MISAPPLYING P VIOLATION RULES FOR THEIR OWN PURPOSES: TO INCREASE THE LENGTH OF A PRISONER'S STAY AT HIGH DESERT, SO THEY COULD ARTIFICIALLY INFLATE SUSANVILLE'S POPULATION NUMBERS AND DEFRAUD COUNTY FUNDING, THAT WAS QUICKLY DRYING UP DUE TO REDIRECTING AND RECOMMITTING SUCH FUNDS TO REHABILITATION AND COMMUNITY RELEASE THANKS TO PRISON REFORM-SO MUCH FOR A DYING PRISON TOWN. MY SUSPICIONS TURNED OUT TO BE WELL-FOUNDED AS SPEARMAN AND ALBONICO CRANKED UP A CLIMATE OF ZERO TOLERANCE FOR EVEN THE MOST MINOR PROCEDURAL VIOLATIONS, ANY COMBINATION OF WHICH WOULD LAND YOU DIRECTLY IN SOLITARY CONFINEMENT, OR 'C-STATUS', AS IT IS CALLED AND LENGTHEN YOUR STAY.

AS SUCH, HIGH DESERT'S REMEDIAL GRAMMAR SCHOOL PRINCIPLES, WILSON AND MAXWELL, WERE THEN EASILY ABLE TO VIOLATE ME AT WILL FOR 'DISOBEYING A DIRECT ORDER', DUE TO THE TRIAL COURT'S MISHANDLING OF A 'PRE-CONVICTION' PROBATION HEARING REPORT, THAT THE JUDGE INSTRUCTED THEM NOT TO WASTE THE COUNTY'S TIME AND MONEY ON (OR-SINCE AT THAT TIME IN 2013, THIS STATE WAS USED TO JUST SENDING VICTIMS UP THIS RIVER NEVER TO BE SEEN AGAIN; AND ANY IDEA OF 'REHABILITATION' WAS JUST THE PUNCHLINE OF A JOKE: "IN ACCORDANCE WITH COURT'S ORDER PROHIBITING PROBATION DEPARTMENT INTERVIEW WITH DEFENDANT FOR PRE-PLEA PROBATION REPORT, THE DEFENDANT HAS NOT BEEN INTERVIEWED" PROBATION OFFICER'S REPORT DATED APRIL 5, 2013 AS PREPARED FOR HEARING DATE APRIL 9. A P.C. 1203.7 PRE-CONVICTION REPORT." HOW ABOUT THAT I WAS NOT EVEN WORTH BEING INVITED TO ATTEND MY OWN PROBATION HEARING. DOES ANYBODY BESIDES ME HAVE A PROBLEM WITH THE TERM "PRE-CONVICTION" OR IS THE WHOLE DELUSION OF A PRESUMPTION OF INNOCENCE A THING THAT IS JUST OUT THE WINDOW WITH EVERYTHING ELSE? MUST BE SO EASY FOR WHITE JUDICIAL SLAVE TRADERS TO EXERCISE THEIR BELOVED 'DISCRETION' HERE AS WELL, AT THE DROP OF A HAT." IN CALIFORNIA A CRIMINAL DEFENDANT HAS THE RIGHT TO TESTIFY, TO CALL WITNESSES OR TO PRODUCE EVIDENCE AT THE PROBATION AND SENTENCING HEARING IN ORDER TO REBUT INFORMATION IN THE PROBATION OFFICER'S REPORT." "THE TIME FOR EXERCISING THAT RIGHT IS AT THE HEARING ITSELF." "THERE MAY BE SITUATIONS IN WHICH A PRISONER IS ENTITLED TO A NEW SENTENCING HEARING" "WHERE HE SHOWS THAT: (1) MATERIAL FALSE INFORMATION WAS (2) RELIED UPON BY THE SENTENCING JUDGE, AND (3) THE DEFENDANT HAD NO OPPORTUNITY AT THE TIME OF SENTENCING TO CORRECT SUCH FALSE INFORMATION" PEOPLE V. VALDIVIA (1960), 182 Cal. APP. 2d 145, 149 [5 Cal. RPTR 832], TOWNSEND V. BURKE, 334 U.S. 736, 740-741 [92 L. Ed. 1690, 1693-1694 68 S. Ct. 1252]')'(IN RE BEAL (1975) 46 Cal. APP. 3d 94, 99-100 [120 Cal. RPTR 111].')" PRETTY HARD TO REBUT ANY FALSE INFORMATION IN A PROBATION REPORT WHEN THERE ISN'T ANY, AND WHEN YOU DON'T EVEN KNOW A HEARING IS EVEN TAKING PLACE UNTIL YEARS AFTER THE FACT, AND YOU YOURSELF HADN'T SEEN DAYLIGHT OR COMMUNICATED WITH THE OUTSIDE WORLD FOR OVER 2½ YEARS. AND DUE TO THE FACT THAT THE STATE ABSOLUTELY REFUSES TO ALLOW EVEN THE KNOWLEDGE OF THE EXISTENCE OF SUCH DEFECTIVE REPORTS AND HEARINGS TO GET OUT IN THE PUBLIC DOMAIN, A HEARING IS NECESSARY TO EXPOSE THESE LIES AND DEFICIENCIES SO THAT STATE CAN NO LONGER TREAT ME AS AN ANONYMOUS NOBODY, WITH NO COMMUNITY TIES, OR ACCOMPLISHMENTS AS THOUGH I JUST DROPPED OUT OF A TREE, AND TREAT ME AS AN IMBECIL THAT NEEDS TO ATTEND THEIR KINDERGARTEN JUST BECAUSE IT'S THE ONLY WAY THIS PRISON CAN NOW JUSTIFY ITS EXISTENCE WITH FAKE REHABILITATION PROGRAMS. IN OTHER WORDS, DUE TO STATE'S INCOMPLETE RECORDS, IT HAS DAMAGED ME BY FAILING TO PROPERLY CRAFT A REHABILITATIVE PROGRAM DESIGNED FOR MY "SPECIFIC NEEDS AND DESIRES" NO FUNDING - NO JURISDICTION.

ENTERS THE "WHITE HOUSE"; THE VERY IDEA THAT NOW THE PRISON STATE THINKS ITS CRONY BUREAUCRATIC HENCHMEN ARE NOW SUDDENLY EQUIPPED AND QUALIFIED TO ACCEPT FUNDING EARMARKED FOR "REHABILITATIVE PROGRAMS" OR "RESTORATIVE JUSTICE" WHATEVER THAT IS, ENABLING THEM TO CONTINUE PERPETUATING THEIR SAME CRIMINALLY SICK-MINDED DIRTY LITTLE DEEDS AS ALWAYS, AFTER HAVING NEVER REFRAMING ANYBODY, IS NOT ONLY THE HEIGHT OF HUBRIS, BUT LAUGHABLE IF IT WEREN'T SUCH A TWISTED, INSANE IRONY OF THE FIRST ORDER.

AS IS APPARENT IN MY LIFE'S WORK, THE OBVIOUS QUESTION I HAVE FOR THE BUREAU OF PAROLE HEARINGS, IS JUST HOW DO THE SAME STATE-APPOINTED NITWITS WHO SCREWED ME OUT OF MY PROBATION HEARING AND ARE NOW IN CHARGE OF RUNNING THE MASS INCARCERATION ETHNIC CLEANSING SCAM INTO THE GROUND FOR THE PAST 40 YEARS NOW PLAN TO TAKE CREDIT FOR REHABILITATING A MAN WITH NO DISCERNIBLE CRIMINAL HISTORY, WHO THEY HAD TRIED TO MURDER FOR 8 YEARS, BUT FAILED, AND NOW ARE STUCK WITH TRYING TO JUSTIFY A RIDICULOUSLY INFLATED SENTENCE BASED ON NOW CONSTITUTIONALLY VOIDED STATUTES THAT RELIED ON AN INHERENTLY RACIST CATEGORICAL THEORY OF CRIME THAT IS NO LONGER VALID?

A MAN WHO, UNBEKNOWNST TO THE STATE POLITICKERS, ONCE ENJOYED 35 YEARS OF UNINTERRUPTED SUCCESS AFTER SUCCESS IN THE PRIVATE SECTOR BEFORE GOVERNMENT INTERLOPERS DECIDED TO CHANGE ALL THE RULES AND LOWER THE STANDARD OF GUILT TO SWEEP IN AND ENTRAP CITIZENS, USING THEM AS HUMAN CANNON FODDER TO LINE THEIR POCKETS WITH FEDERAL CAREER CRIMINAL FUNDING USING DUBIOUS MEANS AND METHODS TO JUSTIFY THEIR EXISTENCE. OF COURSE THEY REFUSE TO CONDUCT PROPER EVIDENTIARY PUBLIC HEARINGS, OF COURSE THEY REFUSE TO PLEAD AND PROVE EVERY ELEMENT OF A PRIOR PLEA BARGAIN BEFORE A JURY OF PEERS, IF THEY DID SO, THEY WOULD BE HELD TO ANSWER FOR THEIR PATHOLOGICAL HIGH CRIMES AND PROFESSIONAL MISCONDUCT AND REOPEN A CAN OF WORMS THEY DARE NOT LET SEE THE LIGHT OF DAY. MEANWHILE, DECADES OF NOTABLE CAREER ACHIEVEMENTS ARE FLUSHED DOWN THE DRAIN NEVER TO BE NOTICED OR AC-KNOWLEDGED BY A BAND OF RESENTFUL, JEALOUS, INVIDIOUS GOVERNMENT UNDERACHIEVERS AGHAST THAT A GOOK SCORED ONE OF THEIR WHITE WOMEN, THE PRICE OF WHICH IS TO NOW SERVE TIME AS THEIR PERSONAL HUMAN PUNCHING BAG.

• NEW LAW WILL FINALLY HOLD CORRUPT JUDGES AND PROSECUTORS CRIMINALLY ACCOUNTABLE FOR DEFRAUDING THE PUBLIC TRUST FOR FELONY MISPRISION, FOR HIDING SUBSTANTIVE BRADY EVIDENCE, LIKE MY STOLEN EMAIL, IS BOTH TIMELY AND LONG OVERDUE FOR REVIEW BY A FULL JURY PANEL. DEFENDANTS DAWMAN, HARRIS, LACEY, CURRAN, MITCHELL AND CREARY WILL BE HELD TO ANSWER FOR SUCH INSIDIOUSLY ATROCIOUS MISCONDUCT.

SUCH CORRUPTION DOESN'T END THERE, IT ROTS ALL THE WAY UP THE FOOD CHAIN, THROWING INTO DOUBT EVERY 9TH CIRCUIT JUDICIAL DECISION FOR THE PAST 30 YEARS, THANKS TO THE INTOLERABLY UNPROFESSIONAL BEHAVIOR OF DEFENDANT ALEX KOZINSKY, AN APPELLATE JUDGE WHOM THIS STATE HELD IN SUCH HIGH ESTEEM, THAT IS UNTIL THE PUBLIC DISCOVERED THEY ALLOWED HIM TO PRACTICE EVEN WHILE SEXUALLY ASSAULTING HIS STAFF WITH IMPUNITY, WHILE MAKING DECIDEDLY RACIST REMARKS ABOUT DEFENDANTS APPEARING BEFORE HIM. APPARENTLY THIS IS THE LEVEL OF RESPECT WE CAN EXPECT FROM THOSE EMPLOYED BY THIS STATE WHO HOLD OUR FATE AND LIVELIHOODS IN THEIR UNCLEAN HANDS. AND THEN THERE'S DEFENDANT AARON PERSKY WHO WAS DULY RECALLED OFF HIS BENCH FOR GIVING PROBATION TO A SPOILED, WHITE PRIVILEGED COLLEGE ATHLETE WHO WAS CAUGHT RED-HANDED SERIAL RAPING WOMEN ON CAMPUS. AND FORMER JUDGE DAVID DOWNING WAS REMOVED FROM THE BENCH BECAUSE HE WAS ACTUALLY RECORDED IN REAL TIME MAKING FUN OF A DEFENDANT DYING FROM H.I.V.. WE PUT OUR FAITH IN THESE CLOWNS AND THEY'VE TURNED OUR COURTHOUSES INTO A 3 RING CIRCUS, STRAYING LIGHT YEARS AWAY FROM ANY SEMBLANCE OF HUMAN DECENCY.

(18.)

"A JUDGE SHALL AVOID IMPROPRIETY AND THE APPEARANCE OF IMPROPRIETY IN ALL OF JUDGES ACTIVITIES," THE PROHIBITION AGAINST BEHAVING WITH IMPROPRIETY OR THE APPEARANCE OF IMPROPRIETY APPLIES TO BOTH PROFESSIONAL AND PERSONAL CONDUCT OF A JUDGE." CANON 2, CALIFORNIA CODE OF JUDICIAL ETHICS, "THE SUPREME COURT SHALL MAKE RULES FOR THE CONDUCT OF JUDGES, BOTH ON AND OFF THE BENCH -- AS THE CODE OF JUDICIAL ETHICS," WELL THAT HORSE HAS SURELY LEFT THE BARN. CANON 3 B (5) "A JUDGE SHALL PERFORM JUDICIAL DUTIES WITHOUT BIAS OR PREJUDICE. A JUDGE SHALL NOT, IN THE PERFORMANCE OF JUDICIAL DUTIES, ENGAGE IN SPEECH, GESTURES, OR OTHER CONDUCT THAT WOULD REASONABLY PERCEIVED AS (1) BIAS OR PREJUDICE, INCLUDING BUT NOT LIMITED TO BIAS OR PREJUDICE BASED UPON RACE, SEX, GENDER, RELIGION, NATIONAL ORIGIN, ETHNICITY, DISABILITY (SUCH AS H.I.V. OR INEXPERIENCE (IN LAW), AGE, SEXUAL ORIENTATION, MARITAL STATUS (VOIDING SPECIAL PRIVILEGE WITH NO-FAULT DIVORCE, THEN USING EX-WIFE AS CHARACTER WITNESS AGAINST ME), SOCIOECONOMIC STATUS (MONEY BAIL) ("CAN'T PAY FOR A PRIVATE ATTORNEY") OR POLITICAL AFFILIATION (J.A.C.L.) OR (2) SEXUAL HARASSMENT" -- WHAT WAS THAT ABOUT MARITAL STATUS, RACE AND SEXUAL HARASSMENT? "ON JULY 16, 2012, N. BUSLO STOOD UP IN COURT AND SAID JUDGE DAVID DOWNING HAD MADE SOME "BIASED" STATEMENTS ABOUT HIM. EXAMPLE: HINOS: "HE LIKES LICKING ENVELOPES." DOWNING: "HE'S HIV POSITIVE." HINOS: "HE'S HIV POSITIVE?" DOWNING: "YEAH. GOD KNOWS WHERE HIS TONGUE HAS BEEN, NEVER MIND." "SORRY, IT'S A CRUEL WORLD FOLKS." HINOS: "HE'S PUT ON SOME WEIGHT THOUGH, HE LOOKS CHUBBY. [LAUGHTER]" DOWNING: "THESE GUYS ARE SCUM BAGS" FROM DESERT SUN ARTICLE ENTITLED "JUDGE'S SECRETLY RECORDED HIV INSULT COULD UNDO PALM SPRINGS KILLERS CONVICTIONS" BY BRETT KELMAN 07-18-2017, IT IS PROBABLY REDUNDANT TO POINT OUT THAT KOZINSKY, PERSKY AND DOWNING ARE ALL OLD, WHITE MEN. CALIFORNIA-BASED JUDGES LIKE THESE STRIP ANY CLAIM BY THE SANCTUARY STATE THAT THEY HOLD ANY KIND OF MORAL HIGHGROUND AS BEING ETHICAL OR IN ANY WAY INCLUSIVE AND EXEMPT FROM CRITICISM, WITH THIS IN MIND IT IS IMPERTINE THAT RECUSAL OF THE STATE'S JUDICIARY IN ITS ENTIRETY AND A TOTAL INJUNC- TION ON ANY VERDICT, JUDGMENT OR POLICY BE IN ORDER FOR LAWFUL REMEDY SO THESE MORALS CAN BE HAULED IN AND EXAMINED BY A JURY PANEL OF LAWFUL JURISDICTION.

"WE AMERICANS ARE EXTREMELY PROUD OF OUR CRIMINAL JUSTICE SYSTEM. WE BELIEVE IT TO BE THE BEST AND FAIREST IN THE WORLD, AND IN MANY WAYS IT IS. WE GUARANTEE EVERY CRIMINAL DEFENDANT AN IMPARTIAL JUDGE (!), A FAIR JURY AND A DEFENSE LAWYER -- AT PUBLIC EXPENSE FOR THE MANY WHO CAN'T AFFORD ONE. THE PROSECUTION MUST PROVE GUILT BEYOND A REASON- ABLE DOUBT, AND MUST DO SS IN A SPEEDY, PUBLIC TRIAL. AND WE HAVE A VARIETY OF RULES GOVERNING THE COLLECTION AND PRESENTATION OF EVIDENCE, ALL DESIGNATED TO ENSURE THAT JUSTICE IS DONE IN EVERY CASE. BUT THE SYSTEM ONLY WORKS IF THE PARTICIPANTS FOLLOW THE RULES." PROSECUTORS KNOW THAT IF THEY FAIL TO PRODUCE EXCULPATORY EVIDENCE, NO ONE IS LIKELY TO FIND OUT. EVEN IF THE EVIDENCE IS FORTUITOUSLY DISCLOSED AFTER THE DEFEN- DANT IS CONVICTED, JUDGES ARE VERY RELUCTANT TO ORDER A NEW TRIAL (GO FIGURE). SO THEY SWEEP THE EVIDENCE UNDER THE RUG AS "IMMATERIAL" OR "CUMULATIVE." SANCTIONS AGAINST PROSECUTORS WHO VIOLATE BRADY ARE PRACTICALLY UNHEARD-OF AND PROFESSIONAL DISCIPLINE IS NON-EXISTENT. AS A CONSEQUENCE, THERE IS, AS I'VE SAID ELSEWHERE, "AN EPIDEMIC OF BRADY VIOLATIONS ABROAD IN THE LAND." " ONE WAY OR ANOTHER, HOWEVER, THIS BOOK SHOULD SERVE AS THE BEGINNING OF A SERIOUS CONVERSATION ABOUT WHETHER OUR CRIMINAL JUSTICE SYSTEM CONTINUES TO LIVE UP TO ITS VAUNTED REPUTATION. AS CITIZENS OF A FREE SOCIETY WE ALL HAVE AN IMPORTANT STAKE IN MAKING SURE THAT IT DOES." ALEX KOZINSKI, WRITING THE FORWARD FOR THE BOOK "LICENSED TO LIE" BY SIDNEY POWELL. ASIDE FROM THE SICK IRONY THESE HOLLOW WORDS CARRY FROM THE SHRIVELED LIPS OF A HYPOCRITE, WAS HE THINKING THESE THOUGHTS WHEN HE MOCKED LATINO DEFENDANTS WITH RACIST TAUNTS, OR WHEN HE

WAS GROPING VARIOUS SUNDRY COURTROOM WOMEN EMPLOYEES? OR WHEN HE USED HIS INFLUENCE TO SKIRT PROFESSIONAL DISCIPLINE BY RETIRING EARLY AND DEPRIVING HIS ACCUSERS A CHANCE TO PROSECUTE HIM? IS THAT WHAT HE MEANS BY "FOLLOWING THE RULES", OR IS IT MORE LIKE "SWEEPING EVIDENCE UNDER THE RUG" AND "PROFESSIONAL DISCIPLINE IS NON-EXISTENT"? IS IT ABOUT TIME TO HAVE THAT "SERIOUS CONVERSATION" ABOUT KOZINSKY HIMSELF?

THERE HAS NOW BEEN NEARLY A DOZEN CREDIBLE INSTANCES OF SEXUAL AND RACIAL MISCONDUCT BY CALIFORNIA JUDGES THAT THE PUBLIC FOUND OUT ABOUT—LEADING THE PUBLIC TO SPECULATE ABOUT THE TRUE NUMBER OF CASES THE JUDICIAL COUNSEL MOVED TO COVER UP. THESE SCUMBAGS COULDN'T EVEN ADHERE TO THE "MERE APPEARANCE OF IMPROPRIETY" STANDARD. THIS RECENT BATCH DOESN'T EVEN INCLUDE THE ORANGE COUNTY JUDGE THAT WAS DISCOVERED TO BE STILL ON THE BALLOT, WHILE UNDER HOUSE ARREST WITH AN ANKLE MONITOR BRACELET, BECAUSE HE HAPPENED TO BE A CONVICTED PEDOPHILE. JUST HOW MANY OF THESE SICKOS ARE STILL ON THE BENCH? IT WAS ONLY THANKS TO THE EFFORTS OF TWO L.A. BASED RADIO TALK SHOW HOSTS, JOHN COBELT AND KEN CHAMPEOU, THAT THE PUBLIC EVEN FOUND OUT ABOUT THIS PREDATOR RIGHT IN THE MIDDLE OF A LOCAL ELECTION. AS TWISTED AS THIS STORY ALREADY WAS—EVEN THOUGH HE WOULD NO LONGER BE A PRACTICING JUDGE, HE WOULD STILL GET ALL HIS JUDICIAL PENSION BENEFITS! THE MORAL OF THE STORY BEING THAT IF IT WASN'T FOR THE INTENSE LAST MINUTE PUBLIC OUTCRY, LIKE WHAT HAPPENED WITH AARON PERSKY, NOTHING WOULD HAVE BEEN DONE SINCE THERE IS NEVER ANY MORAL INCENTIVE BY JUDGES TOWARDS ACCOUNTABILITY—BECAUSE MORALS ARE FOR PEASANTS. CALIFORNIA'S JUDICIAL COUNCIL COULD CARE LESS ABOUT WINNING THE PUBLIC TRUST—SINCE IT IS THE PUBLIC ITSELF THEY ENJOY LOCKING UP AND THROWING AWAY THE KEY ON.

AND PACKING THE COURT WITH A FAKE RAINBOW COALITION OF UNCLE TOMS, WHITE BOY'S TOYS, BANANAS AND OREO COOKIES AS AN IDENTITY POLITICS APPEASEMENT TOOL DOESN'T WORK AS WELL AS IT USED TO—EVER SINCE ALEXA CAN INSTANTLY LOOK UP ANY JUDGES' CAREER DETAILS ~~IN AN INSTANT~~, SO TOEING THE PARTY LINE BOWING AND SCRAPING TO THEIR BRITISH COLONIALIST COMMON LAW SNOT-CALLERS THAT TREAT WOMEN, NIGGERS AND GOOKS AS THE LATEST BATCH CONSIGNMENT FOR THE AUCTION BLOCK, GETS TRICKIER TO CONCEAL BY THE MINUTE. FOR THE TIME BEING, AS LONG AS THE JUDICIAL ELITE STAND AS THE GATEKEEPERS TO THEIR OWN HIGH CRIMES AND MISDEMEANORS ANY "HIGH-TECH LYNCHING FOR UPPITY NEGROES" WILL BE RESERVED FOR THE UNWASHED MASSES, WHERE THEY CAN TAKE DELIGHT IN IMPOSING HARSH SENTENCES ON ANYONE BUT THEMSELVES. IF SOMEONE IS STARTING TO TAKE OFFENSE TO MY LIBERAL USE OF THE TERMS "NIGGERS AND GOOKS", IT MAY ONLY BE BECAUSE IT IS STARTLING FOR A WHITE MAN TO READ HIS OWN THOUGHTS WRITTEN INTO A LAWSUIT. ONE WHO REGULARLY LIKES TO LIBEL SOMEONE AS SUFFERING FROM 'NARCISSISTIC PERSONALITY DISORDER' MERELY REVEALS THE OBVIOUS FACT THAT IT TAKES ONE TO KNOW ONE. JUST LIKE THE TRADITION OF LABELING MEN AS SEX PREDATORS IS SADLY IRONIC, YEARS BEFORE ANYONE COINED THE TERM "GETTING KAVANAUGHED," BUT ONLY PRODUCTIVE AND WELL-LOVED CITIZENS OF A DARKER COMPLEXION LIKE SAY, BILL COSBY, ARE FORCED TO TAKE SEX OFFENDER GROUP THERAPY CLASSES—EVEN THOUGH HIS APPEAL IS STILL PENDING. KUDOS TO COS FOR REFUSING TO SELF INCRIMINATE BY ATTENDING. ON THE OTHER HAND, IF WE WERE TO APPLY THE ACTUAL JUDICIAL CODE OF ETHICS STANDARD TO KOZINSKY, KAVANAUGH, MITCHEL, HOFFSTADT, PERSKY, STERLING OR DOWNEY FOR THEIR SORDID MISBEHAVIORS, ALL OF THEM WOULD FAIL MISERABLY. IT CASTS REASONABLE DOUBT FOR HAVING THE ABILITY TO APPLY THE LAW EVENLY OR IMPARTIALLY, DISPLAYING ABJECT CONTEMPT FOR ANYONE WHO DARED QUESTION OR DIMINISH THE POWER BESTOWED UPON THEM AS PART OF THE GOOD OL' WHITE BOY CULTURE OF THE JUDICIARY. DISGRACED JUDGE DOWING'S EPITHET "SCUMBAG" WOULD BE CHARITABLE IN DESCRIBING THEIR BEHAVIOR. • CALIFORNIA'S "NO-FAULT" DIVORCE IS AN ANTI-MISCEGENATION STATUTE. AS I PLIED MY TALENTS IN ONE OF THE MOST COMPETITIVE AND CULTURALLY DIVERSE INDUSTRIES IN THE WORLD, I DEVELOPED A FORM OF COLOR BLINDNESS TO THE UGLY REALITIES OF RACE ISSUES THAT MAKE CERTAIN PEOPLE'S BLOOD BOIL. SOMEHOW IT NEVER CROSSED MY MIND THAT I WAS PART OF AN 'INTERRACIAL COUPLE' AS NAIVE AS THAT SEEMS. WHAT ADOLPH HITLER ONCE SAID I'D BE AN HONORARY ARYAN—OR SO I THOUGHT.

AS THIS ADMINISTRATIVE STATE GIVES DEFERENCE AND SPECIAL PRIVILEGES TO CONVICTED FELON ILLEGAL ALIENS, AND CONSENTS AS BEING NORMAL TO THE ATROCITIES OF ABORTION AND SO-CALLED GAY RIGHTS, WHILE ON THE OTHER SIDE OF ITS MOUTH CONDEMNING, AND REFUSING TO GIVE PARITY PROTECTION RESPECTING GOD'S RIGHTS, OR RESPECT HIS FOLLOWERS OBLIGATION TO REMAIN IN A SINGLE, ONE-TIME ONLY MARRIAGE. LITTLE DID I SUSPECT THAT STATE RESERVES A SPECIAL LEVEL OF VIOLENCE TO ANY ETHNIC MAN OF FAITH WHO MARRIES A WHITE WOMAN.

IF I'D KNOWN THAT A MARRIAGE LICENSE TRANSLATED TO AN INTERSTATE COMMERCE CONTRACT WITH THE STATE AS A THIRD PARTY INTERVENOR, AND ABROGATING MY RELATIONSHIP WITH MY GOD - IN OTHER WORDS, GETTING ME EXCOMMUNICATED BY LETTING MY WIFE COMMIT ADULTERY, THEN I WOULD HAVE TOLD THE STATE WHERE TO STICK ITS LICENSE. ACCORDING TO OLD SCHOOL CATHOLICS (NOT COUNTING A VATICAN II DEVOTEE LIKE SCALIA) MARRIAGE IS GUIDED SOLELY BY GOD, AND ALLEGEDLY RESPECTED BY GOVERNMENT RESTRAINED BY THE FIRST AMENDMENT — NOT THE COMMERCE CLAUSE. LET'S NOT PLAY ANY MORE LAWYER-SPEAK SEMANTIC GAMES, USING THE MAGIC, CATCH-ALL PHRASE "IRRECONCILABLE DIFFERENCES" DOES NOT SUDDENLY INVOKE DIVORCE PROCEEDINGS AND TURN A DIFFERENCE INTO A HEALTH AND SAFETY ISSUE. THE 14TH AMENDMENT MERELY ECHOES WHAT IS MORE SUCCINCTLY FOUND IN THE DECLARATION OF CERTAIN "TRUTHS TO BE SELF-EVIDENT, THAT ALL MEN ARE CREATED EQUAL, THAT THEY ARE ENDOWED BY THEIR CREATOR WITH CERTAIN UNALIENABLE RIGHTS, THAT AMONG THESE ARE LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS", AND THAT "CONGRESS SHALL MAKE NO LAW PROHIBITING THE FREE EXERCISE OF RELIGION", "IF DEFENDANTS REALLY WISHED TO ENSURE THAT AS MANY CHILDREN AS POSSIBLE HAD MARRIED PARENTS, THEY WOULD DO WELL TO RESCIND THE RIGHT TO NO-FAULT DIVORCE, OR TIME TO DIVORCE ALTOGETHER." "SUCH REFORMS MIGHT FACE CONSTITUTIONAL DIFFICULTIES ON THEIR OWN, BUT THEY WOULD AT LEAST ASSERT FURTHER THE STATE'S INTEREST IN SOLIDIFYING MARRIAGES." LATTA V. OTTER (2014) 771 F. 3d 456. DO NOT THINK IS THAT I AM NOT PREPARED TO MAKE THAT ARGUMENT NOW. STATE'S BLANKET NO-FAULT DIVORCE STATUTE FORCED ME TO DO SOMETHING I WAS UNWILLING TO DO - SIN AGAINST GOD, AND HAS CONTINUED TO WREAK HAVOC, UNDUE HARM AND DAMAGE - HAVING NOT ONLY A DIRECT NEGATIVE EFFECT ON MY HEALTH AND SAFETY TRAPPED IN STATE GULAGS, BUT ALSO CAUSED IRREPARABLE HARM TO MY RELATIONSHIP WITH GOD, AND THE FREE EXER- CISE OF MY FIRST AMENDMENT RIGHTS, THAT EVEN SCALIA HAD TO RECOGNIZE INCORPORATED PERSONHOODS, AND "RELIGIOUS RESTORATION" AFFORDED TO STATE-OWNED SLAVES AS A STOP-GAP NOD THAT GOD STILL HAS A SAY IN MORTAL DEALINGS. I DO NOT TAKE MY OBLIGATION TO MY FAITH LIGHTLY - THERE IS NO SUCH LIVING SEPERATE-BUT-CO-EQUAL APARTEID LAWYER CRAP IN THE BIBLE. EVEN LAW RECOGNIZES SOMETHING THEY LIKE TO CALL 'CO-HABITATION' - WHICH SEEMS TO BE THE OPPOSITE OF THE IDEA OF A DIVORCE USING SOME LEGAL ARTIFICE THAT SAYS ONE CAN STAY MARRIED, WHILE THE OTHER IS "DIVORCED". GOD ISN'T SO EASILY FOOLED BY SUCH LEGAL SHELL GAMES BY THE KNOW-IT-ALL PHARISEES OF THE SECULAR STATE ACTING LIKE SOLOMON SPLITTING THE BABY.

DEFENDANTS MARY PATRICIN WALLS AND CHERIE ROBERTS WERE CONSCRIPTED BY THE STATE TO ACT AS WITNESSES FOR THE PROSECUTION, AND AS SUCH PARTICIPATED AS CO-CONSPIRING THIRD PARTY INTERVENORS IN STATE'S REDISTRIBUTION SCHEME ROBBING APPELLATE AND REAL PROPERTY. WHEN THE GOVERNMENT CONFISCATED THE PEOPLE'S MARRIAGE RIGHTS WITH A SLOUCH TOWARDS BABYLON, BY OFFERING THE STEALTHY COME-ON BRIBE OF NO-FAULT DIVORCE CONTRACTS AS INCENTIVES TO BREAK UP AND DESTROY FAMILIES, THE THIRD PARTY WHO SOLICITED THOSE CONTRACTS DID NOT BOTHER TO RECEIVE MY LAWFUL SIGNATURE - THEREBY ANNULLING AN UNCONSCIONABLE BUSINESS ARRANGEMENT- ONE THAT POSITIVELY CAN BE PROVEN TO HAVE BEEN DRAFTED WHILE I WAS RENDERED MENTALLY INCAPACITATED AND UNDER TREATMENT AT LAS ENCINAS HOSPITAL IN PASADENA." AN ANOMALY MAY EXIST WHEN A PARTY IS IN NEED OF PROTECTION UNDER THE FAMILY CODE BUT IS UNABLE, BECAUSE OF A PHYSICAL OR MENTAL IMPAIRMENT (THAT IS LESS THAN THE PERMANENT LEGAL INCAPACITY TO MAKE DECISIONS) TO EXPRESSLY STATE THE "MAGIC WORDS" THAT THE MARRIAGE HAS HOPELESSLY BROKEN DOWN AND THAT DISSOLUTION IS REQUESTED.

"AS THE LAW PRESENTLY STANDS, SUCH AN INCAPACITY MIGHT, ARGUABLY, ALLOW THE OTHER SPOUSE TO CLAIM HE OR SHE DOES NOT WANT A DISSOLUTION AND THAT ONE THEREFORE CANNOT BE OBTAINED. THE ANSWER—WHILE AWAITING CLARIFYING LEGISLATION OR DECISION—APPEARS TO MAKE CLEAR THAT SUBSTANCE SHOULD PREVAIL OVER FORM. THE CONCEPT OF NO-FAULT DIVORCE IS SUCH THAT ALL THAT SHOULD BE REQUIRED IS A REASONABLE SHOWING THAT BY VIRTUE OF THE CONDUCT OF THE ABLE SPOUSE, THE MARRIAGE HAS BROKEN DOWN; OR THAT THE DISABLED SPOUSE PRIOR TO SUCCUMBING TO THE DISABILITY HAD EXPRESSED A DESIRE FOR THE MARRIAGE TO END. NOTE THAT THERE ALSO MAY BE A NEED TO APPOINT A CONSERVATOR OR GUARDIAN AD LITEM FOR A DISABLED SPOUSE IN SUCH A CASE, TO HELP PREVENT OVERREACHING BY THE OTHER SPOUSE." COMMENTARY BY IRA LURVEY, CRIMINAL LAW AND PROCEDURE, VOL.3, CHAPTER 90. DOES THAT INCLUDE OVERREACHING BY AN UNSCRUPULOUS STATE GOVERNMENT? I, FOR ONE, WOULD HIGHLY SUSPECT THE OBJECTIVES OF ANY CONSERVATOR APPOINTED BY A POTENTIALLY CORRUPT STATE JUDGE, WHO ONLY HAS THE STATE'S INTERESTS IN MIND. ESPECIALLY SINCE THE STATE AGENCIES HAVE DONE SUCH A SPECTACULARLY ABYSMAL JOB IN EVERY AREA OF ITS DEALINGS WITH ME SINCE 2004, AND SINCE THE STATE TAKES SUCH DELIGHT IN PULLING THE COMPETENCY CARD WHEN CHALLENGED, I'D SAY IT'S ABOUT TIME THEIR PLAYING FAST AND LOOSE TRIGGER PULLING TO SILENCE DISSENTERS IRONED OUT IN THE FULL LIGHT OF DAY BEFORE A CITIZEN JURY, AS A KEY ELEMENT TO A PROPERLY CONDUCTED "RESTORATION OF COMPETENCY" HEARING, FREE FROM ANY PET JUDICIAL BIAS, AND IN KEEPING WITH APPRENDI, DIMAYA AND GALLARDO, STARTING FROM SQUARE ONE BY ATTACKING THE VALIDITY OF THE DIVORCE CONTRACT ITSELF, AND IF THE JURY STILL FINDS ME INCOMPETENT, THEN THAT DIVORCE WOULD INVARIABLY BE DEEMED INVALID. THEN, IN CONJUNCTION IF AND WHEN MY RESTORATION TO COMPETENCY IS FULLY ESTABLISHED, THIS SHOULD CLEAR A PATH FOR A NEW REHEARING FOR MY 2015 STATE HABEAS, SCARZO V. CLARKE, STILL LEFT OPEN WITHOUT PREJUDICE, AND I SHALL BE ENTITLED FOR RELEASE BELATEDLY, THANKS TO NEW LAW HASTILY DECIDED IN LIGHT OF DIMAYA, SUCH AS PEOPLE V. GALLARDO, A JURY CAN NOW FULLY REEXAMINE A DEVIOUSLY COVERT DEFECTIVE RULING, LIKE THAT OF A CROOKED BENCHWARMER LIKE STERLING, WHO, UNDER THREAT OF BEING EXPOSED FOR STILL TAKING ILLEGAL PAYMENTS, UNLAWFULLY REVOKED MY RIGHT TO SELF-REPRESENTATION AFTER ALREADY BEING DECLARED COMPETENT TO STAND TRIAL—THE SAME STANDARD THAT APPLIES TO SELF-REPRESENTATION. THUS ILLUSTRATING THE DANGER, AS DIMAYA POINTS TO, OF THE "POWER TO COMMIT PERSONS AGAINST THEIR WILL INDEFINITELY." SUCH ABUSE OF POWER WAS CLEARLY ON DISPLAY DURING A DIVORCE HEARING BY A WHITE MALE JUDGE IN THE CITY OF TORRANCE, WELL-KNOWN AS A VESTIGIAL STRONGHOLD OF WHITE SUPREMACY. IMAGINE HOW OVERJOYED THE JUDGE WAS ABOUT SEEING ME MARRIED TO A "FOR CENTURIES BEFORE HENRY VIII, THE CHURCH (OF ENGLAND) WAS THE ARBITER OF MARRIAGE IN THE WESTERN WORLD"—THE SOVEREIGNS DEFERRED TO THE CHURCH IN THESE MATTERS. BLUE-EYED BEAUTY WHEN HE IGNORED MY OBJECTION BASED ON FIRST AMENDMENT RELIGIOUS GROUNDS. CHANGED WITH HENRY VIII, WHO, HAVING BECOME THE HEAD OF THE CHURCH OF ENGLAND CHIPPED AWAY THE CHURCH'S AUTHORITY TO DEFINE—OR RECOGNIZE, AS THE CHURCH WOULD VIEW IT—WHAT MARRIAGE IS. THE SOVEREIGN AND THE SUPREME HEAD OF THE CHURCH OF ENGLAND BECAME ONE. SO DID THE STATE AND CHURCH. WITH THE GROWTH OF NEW GOVERNMENTS IN THE CONTINENT AND THE UNIFIED CHURCH AND STATE BECOMING THE NORM, MARRIAGE, IN ADDITIONAL TO ITS ATTRIBUTES, BEGAN TO BE VIEWED AS THE GOOD OF THE STATE. THE STATE'S AUTHORITY OVER MARRIAGE ALSO TRAVELLED TO THIS NEW WORLD, AND, BY THIS TIME THE U.S. CONSTITUTION WAS ADOPTED, "THE STATES [NOW POSTURING THEMSELVES AS DE FACTO RELIGIOUS SOVEREIGN NOBILITY]...POSSESSED FULL POWER OVER THE SUBJECT OF MARRIAGE AND DIVORCE..." HADDOCK V. HADDOCK, 201 U.S. 562, 575, 26 S. CT. 525, 50 L. ED. 867, 4 OHIO L. REP. 69 (1906), FROM: ROMERS V. BROWN (2014) U.S. DIST. LEXIS 127209.

I CONTEND "MARRIAGE AND DIVORCE" ARE NOT A SINGLE ISSUE, BUT MUTUALLY EXCLUSIVE, AND THEREFORE SEVERABLE. STATE PRESUMES TOO MUCH IN HAVING US BELIEVE AND ACCEPT THIS AS FACT, WITHOUT QUESTIONING WHERE THE STATE CROSSED OVER THE LINE. IT CLEARLY DOES SO IN CLAIMING OWNERSHIP OVER BAPTIZED CATHOLICS IN SACRAMENTAL MARRIAGE CEREMONIES CONDUCTED BY REAL PRIESTS AND PASTORS - AND NOT BY POLITBURO LACKEYS. THAT IS A BLATANTLY ARROGANT OVERREACH OF JURISDICTION. DIVORCE IS STILL CONSIDERED BY THE CATHOLIC GOD NOT JUST ADULTERY - BUT BLASPHEMY. AND BEING IN ENOUGH HOT WATER WITH HIM ALREADY, I DARE NOT TEMPT HIS FORGIVENESS ANY FURTHER. STATE CANNOT MANDATE GOD-FEARING MEN TO GIVE UP THEIR MARRIAGE ANY MORE THAN IT CAN HARVEST YOUR ORGANS. FORCING DIVORCE DOES VIOLENCE TO GOD, HIS PEOPLE, AND HIS EARTHLY KINGDOM. IF WE ARE TO RESPECT THE FIRST AMENDMENT, THEN I AM NOT PREPARED TO HAVE HENRY VIII COMMAND ME TO DO OTHERWISE BY BOWING TO THE BRITISH, WHITEBREAD, COMMON LAW OF THE CHURCH OF ENGLAND.

AND THE BIZARRE, FICTIONAL CONSTRUCT IN STATE LAW WHERE A MAN CAN BE BOTH MARRIED AND NOT MARRIED SIMULTANEOUSLY HAS NO COMPARABLE EXAMPLE OR APPLICATION ANYWHERE IN HUMAN SOCIETY, SAVE IN THE SICK, OBTUSE MIND OF SOULLESS LAWYERS - BELIEVING THEY CAN NOW APPLY THEIR "CATEGORICAL APPROACH" TO HUMAN NUPTIALS. THEY REGULARLY DO SO BY PERVERTING CIVIL ACTIONS INTO PROVIDING LEGAL COVER TO HIDE EVIDENTIARY SHORTCOMINGS AND GLARING DEFICIENCIES IN THEIR ~~GTH~~ OFTEN MISGUIDED CRIMINAL ACTIONS. THUS THE NEED FOR ENHANCE-MENTS AND OTHER ALTERNATIVE SENTENCING SCHEMES." IN FACT, IF THE SEVERITY OF THE CONSEQUENCES COUNTS WHEN DECIDING THE STANDARD OF REVIEW, SHOULDN'T WE ALSO TAKE ACCOUNT OF THE FACT THAT TODAY'S CIVIL LAW REGULARLY IMPOSE PENALTIES FAR MORE SEVERE THAN THOSE FOUND IN MANY CRIMINAL STATUTES? OURS IS A WORLD FILLED WITH MORE AND MORE CIVIL LAWS BEARING MORE AND MORE EXTRAVAGANT PUNISHMENTS. TODAY'S "CIVIL" PENALTIES INCLUDE CONFISCATORY RATHER THAN COMPENSATORY FINES, FORFEITURE PROVISIONS THAT ALLOW HOMES TO BE TAKEN" - "AND THE POWER TO COMMIT PERSONS AGAINST THEIR WILL INDEFI-NITELY. SOME OF THESE PENALTIES IMPOSED ARE ROUTINELY GRAVER AND OFTEN HARSHER THAN THE PUNISHMENT FOR FELONIES. AND NOT ONLY ARE "PUNITIVE CIVIL SANCTIONS... RAPIDLY EXPANDING. THEY ARE "SOMETIMES MORE SEVERELY PUNITIVE THAN THE PARALLEL CRIMINAL SANCTIONS FOR THE SAME CONDUCT." MANN, PUNITIVE CIVIL SANCTIONS: THE MIDDLEGROUND BETWEEN CRIMINAL AND CIVIL LAW, 101 YALE L. J. 1795, 1798 (1992)" FROM SESSIONS V. DIMAYA (2017). GEE, IT TOOK THIS LONG FOR JUDGES TO FIGURE THIS OUT? I DON'T THINK SO. IT WAS ESTABLISHED IN THE FIRST PLACE TO GIVE UNFAIR ADVANTAGE, TO LESSEN THE BURDEN OF PROOF, AND FURTHER HOODWINK AND DEFRAUD UNSUSPECTING TAXPAYERS INSIDE THE COURTS. "THEY ANALOGIZE SAME-SEX MARRIAGE TO NO-FAULT DIVORCE LAWS, WHICH DEFENDANTS SAY LED TO AN INCREASE IN DIVORCE RATES AND GENERALLY MADE MARRIAGES" FRAGILE AND OFTEN UNRELIABLE." ID. (QUOTING SANDRA BLAKESLEE, "UNEXPECTED LEGACY OF DIVORCE" 297 (NEW YORK: HYPERION, 2000)). WITHOUT GOD, MARRIAGES BEING "FRAGILE AND OFTEN UNRELIABLE" IS AN UNDERSTATEMENT. THE LIBERAL JUSTICE KENNEDY POMPOUSLY OPINED THAT "THE ANNALS OF HUMAN HISTORY REVEAL THE TRANSCENDENT IMPORTANCE OF MARRIAGE. THE LIFELONG UNION OF A MAN AND A WOMAN ALWAYS HAS PROMISED NOBILITY AND DIGNITY TO ALL PERSONS, WITHOUT REGARD TO THEIR STATION IN LIFE. MARRIAGE IS SACRED TO THOSE WHO LIVE BY THEIR RELIGIONS AND OFFERS UNIQUE FULFILLMENT TO THOSE WHO FIND MEANING IN THE SECULAR REALM. ITS DYNAMIC ALLOWS TWO PEOPLE TO FIND A LIFE THAT COULD NOT BE FOUND ALONE, FOR A MARRIAGE BECOMES GREATER THAN JUST TWO PERSONS, RISING FROM THE MOST BASIC HUMAN NEEDS, MARRIAGE IS ESSENTIAL TO OUR MOST PROFOUND HOPES AND ASPIRATIONS" OBERGEFELL V. HODGES (2015). INTERESTING HOT AIR COMING FROM BUREAUCRATS THAT REGULARLY GIVE SPECIAL DEFERENCE TO ATHEISM.

NOW THE COURTS ARE FEELING THE HEAT, TAKING THE BRUNT OF A FULL-ON BLOWBACK BY THE PEOPLE, NOW SPOILING FOR AN UPRISING BY A SLEEPING GIANT, FED UP BY THE BRAZEN FAVORITISM AND SPECIAL PRIVILEGES THAT GOVERNMENT SHOWERS ON SPECIAL INTEREST GROUPS WHO HAVE NOW COME TO BE VIEWED AS BETTER THAN EQUAL IN THE EYES OF SANCTUARY STATE LAW. THE PEOPLE OF THE UNITED STATES HAVE DRAWN THE LINE IN THE SAND, AND THANKS TO JUDICIAL MEDDLING IN THE BEDROOM, 8 STATES HAVE NOW BANNED ABORTIONS. FURTHER STILL, THANKS TO THE PUSH FOR GAY MARRIAGE, AS OF FRIDAY, MAY 25, 2019, ALABAMA PROBATE JUDGES HAVE STOPPED ISSUING MARRIAGE LICENSES ALTOGETHER. THE HIGH COURT'S DESPERATE RUSH TO APPEASE POLITICAL CORRECTNESS ENDED UP COSTING THEM ONE STATE'S ENTIRE INTERSTATE COMMERCE CONTRACT. IN KEEPING WITH THAT MOMENTUM, I SHALL ENJOIN IN ALIGNMENT WITH THAT PRECEDENT. IF THE GOVERNMENT WISHES TO FAVOR A POLITICAL ACTION GROUP- ONE WITH A SECULAR ATHEISTIC RACIAL HYGIENE FLAVOR TO IT WITH A TIP OF THE HAT TO MARGARET SANGER, THEN DO IT ON YOUR OWN DIME. IF THE SUPREME COURT WANTS A SHOWDOWN, IT BEST CHOOSE TO STAND ON THE RIGHT SIDE OF HISTORY THAN BOWING TO THE PUBLIC FLAVOR OF THE MONTH, AND A SHAMEFUL LEGACY OF RACIST MISOGAMY AND MISOGYNY.

I SIT WATCHING HELPLESSLY AS ALL MY VOLUNTEER WORK DONE BETWEEN 1986 TO 1988 WITH THE JAPANESE AMERICAN CITIZEN'S LEAGUE (JACL) AND ASIAN PACIFIC AMERICANS IN THE ARTS (APAA) STANDING SIDE BY SIDE WITH WAR HEROES LIKE SENATOR INOUYE (442ND GO FOR BROKE) AND AMERICAN CONCENTRATION CAMP SURVIVOR NORMAN Y. MINETA, CRUMBLE DOWN THE DRAIN IN FORGETFULNESS AND IRRELEVANCE BY AN UNGRATEFUL SOCIETY MORE IGNORANT AND BIGOTED THAN EVER BEFORE (SEE: "THE SLANTED SCREEN" BY JEFF ADACHI, PBS DOCUMENTARY.) I CRINGE AS I WATCH HISTORY REPEATING ITSELF AS RACIST HOLLYWOOD-SO-WHITE RECYCLES ITS SAME MISTER MIYAGI-STYLE STEREOTYPES PLAY OUT AGAIN ON SHOWS LIKE "BLACKISH," "FRESH OFF THE BOAT," AND "CRAZY RICH ASIANS," NOT TO MENTION MARCIA CLARK'S STILL BITTER DIATRIBES WARNING OF THE DANGERS OF MISCEGENATION ON ABC'S "THE FIX," THE SAD IRONY OF ME BEING LOCKED-UP TIGHT IN "THE WHITE HOUSE" ONLY A STONE'S THROW AWAY FROM TULE LAKE AND MANZANAR CONCENTRATION CAMPS BEING ASSAULTED BY WHITE GUARDS HAS NOT BEEN LOST ON ME. AND AS FAR AS I KNOW, MAY BE AN INTENTIONAL MESSAGE BY THE STATE JUDICIARY ITSELF. AS OF THIS WRITING, THE DESIGNATED P.R.E.A. (PRISON RAPE ELIMINATION ACT) SERGEANT MURPHY AND LIEUTENANT SIMMERSON, WENT OUT OF THEIR WAY TO STEER P.R.E.A. INVESTIGATORS AWAY FROM INTERVIEWING ME ABOUT THE VERA FLORES INCIDENT ON THEIR ANNOUNCED VISIT ON THE WEEK OF MAY 6 THROUGH 12, 2019.

STATE WILL ONLY GIVE DEFERENCE TO SPECIAL INTEREST GROUPS IT CAN MONETIZE AND WILL EXPAND ITS POWER, NOT RESTRAIN IT. THAT'S WHY IT WAS MORE THAN EAGER TO ROUND UP EVERY SLANTY-EYED DEVIL IT COULD FIND AND TAKE AWAY THEIR LAND AND BUSINESSES BEFORE THE INK WAS EVEN DRY ON DEMOCRAT TRUMAN'S EXECUTIVE ORDER 9066. AND THEREIN LIES THE DISCRIMINATION BETWEEN GOD'S WILL AND MERCY, AND GROUPS THAT WILL BEG THE STATE TO BECOME MORE REGULATED, SUCH AS EXPANDING PRISONER RIGHTS - SO LONG AS THEY REMAIN PRISONERS- AN ARRANGEMENT WHOLLY BENEFICIAL TO THE PRISON STATE BECAUSE, UNBELIEVABLY, MOST LIFELONG PRISONERS HAVE LEARNED TO LOVE CAPTIVITY- FOR THE ECONOMIC SECTORS FREEDOM HOLDS NOTHING OF INTEREST TO THEM. THEY WOULD RATHER CLING TO THE CERTAINTY OF 3 HOTS AND A COT AND PLAY WITH TRINKETS PRAYING TO THEIR FAKE GODS IN A PLACE WHERE NOTHING IS EXPECTED OF THEM.

WHEN KENNEDY STATES THAT "MARRIAGE 'ALLOWS' TWO PEOPLE TO FIND A LIFE THAT COULD NOT BE FOUND ALONE" AND IS "GREATER THAN JUST TWO PERSONS" IT IS ONLY HIS CLUMSY RESTATEMENT OF MATTHEW: "AND THEY TWAIN SHALL BE ONE FLESH. WHAT THEREFORE GOD HATH JOINED TOGETHER, LET NOT MAN PUT ASUNDER." (9:13) IT IS ONLY FITTING THAT JESUS WAS CHALLENGED BY A SLEAZY LAWYER.

ALL STATE ACTORS WHO WERE IN A POSITION TO HELP, WHETHER CIVILIAN DEFENDANTS SUCH AS ROTHMAN, WALLS, GRUEN OR ROBERTS, OR STAKEHOLDERS IN CALIFORNIA CORPORATION AGENCIES, INCLUDING ALL BOARD OF SUPERVISORS AND LEGISLATORS, FROM HARRIS, LACEY, BECERRA, COOLEY, OHAWAN, CBERRY, CURRAN, KING, STERLING, MITCHELL, VANDERER, LEUCH, BIANCO, HOFFSTADT, KOZINSKY, DOWNING, TO KERNAN, DIAZ, ALBONICO, SIEBERG, RAMSEY, NAKKEN, VERA FLORES, SIMMERSON, HATHAWAY, MURPHY, AND SPEARMAN ALL ACTING IN CONCERT, OWED PLAINTIFF A DUTY OF REASONABLE CARE TO PROTECT MY PROPERTY AND MY PERSON FROM UNDUE HARM, ABUSE, THEFT AND ASSAULT AT EVERY JUNCTURE OF MY ENSLAVE-MENT. THEY HAVE COLLECTIVELY, CONSCIOUSLY AND INTENTIONALLY FAILED SPECTACULARLY TO DO SO. AND AS SUCH, IRREPARABLY DAMAGED THE REPLEVIN, BREACHING THEIR OATHS AND SWORN DUTY, FAILING TO PROTECT BY PROVIDING BASIC RUDIMENTARY CARE IN HANDLING MY WELLBEING, AND BY MISHANDLING BY PROPER OBSERVANCE OF DUE PROCESS, TO FACILITATE ACCESS TO THE COURTS BY PRESERVING MY LEGAL DOCUMENTS. BY INTERFERING WITH MY DUE PROCESS BY DESTROYING THE VERY DISCOVERY MATERIAL DUE DILIGENCE TOOLS THAT WERE HANDED TO ME IN STERLING'S HOLDING TANKS, TO THE DISTRUCTION OF CRITICAL EMAIL EVIDENCE GOING TO THE COURT-MY RIGHT AND IS THEREFORE AN OBSTRUCTION OF JUSTICE VIOLATION OF THE 4TH, 6TH, AND 7TH, 5TH AMENDMENTS. BY DENYING ME ACCESS TO THE BAIL WINDOW, STATE FAILED TO PROVIDE ME EQUAL PROTECTION OF MY LIBERTY RIGHTS DURING A CRITICAL TIME PRIOR TO TRIAL TO COLLECT WITNESSES AND RESCUE 30 YEARS OF PROFESSIONAL WORK SITTING IN A LAPTOP IN A PARKED CAR INCLUDING BRADY EVIDENCE IN MY FAVOR, AND WOULD HAVE KEPT ME SAFELY OUT OF HARM'S WAY OUTSIDE THE REACH OF JAILHOUSE DEPUTY GANGS. BUT INSTEAD, DENIAL HAD THE DELETERIOUS EFFECT OF DE-LIVERING ME DIRECTLY INTO THE GRUBBY HANDS OF MY WHITE-DEVIL ENEMIES POPULATING BOTH L.A. COUNTY JAIL AND THE HIGH DESERT "WHITE HOUSE" TO BE JEERED AT, MADE FUN OF, TAUNTED BOTH PHYSICALLY, EMOTIONALLY AND PSYCHOLOGICALLY, WHILE GLEEFULLY TRASHING ANYTHING THAT WOULD HELP MY APPEAL. DUE TO THE EPIC FAILS BY STATE ACTORS, PLAINTIFF BEARS THE SCARS OF HIS VICIOUS ASSAULTS, RECEIVING EVEN MORE SERIOUS INJURIES THAN THE ONES I ALREADY SUSTAINED THANKS BEING PUT THROUGH THE WORST EMOTIONAL, PSYCHIC, FINANCIAL AND SPIRITUAL WRINGER EXACTED FROM A STATE-MANDATED DIVORCE. ONE THAT ENDED UP EXPOSING ME TO A PAIR OF PRE-MENOPAUSAL, SELF-MEDICATING AND THEREFORE CRIMINALLY VIOLENT MENTAL DEFECTIVES WHO ALL BUT ESCAPED DILIGENT SCRUTINY BY STATE ACTORS WHO HAD MORE THAN FAIR WARNING ABOUT THEIR UNRELIABILITY BUT CHOSE TO IGNORE IT BECAUSE OHAWAN COUNTED ON EXPLOITING THEM TO SERVE THE PROSECUTOR'S OWN ENDS. AS A RESULT, MY LIFE AND CAREER PROSPECTS ENDED ON JANUARY 4, 2013- AND THE COMMENCEMENT OF PHYSICAL TORTURE IN THE UNAPOLOGETICALLY RACIST HANDS OF MY ABUSERS BEGAN IN EARNEST. IT WASN'T ENOUGH PAIN TO WATCH MY JOB BEING HANDED OVER BY MY COUNTRY TO CONSCRIPTED CHINESE POLITICAL PRISONERS IN RE-EDUCATION CAMPS BETWEEN 2034 TO 2016, OR TO FEEL THE PAIN OF MY FRIEND CHIP STEWART'S FAMILY WHEN HE SHOT HIMSELF IN THE HEAD BECAUSE HE WAS DOWNSIZED BY OBAMA'S GREAT RECESSION. PSYCHE EXPERTS FINALLY ACKNOWLEDGE THAT PRISONERS AUTOMATICALLY DEVELOP POST TRAUMATIC STRESS DISORDER (P.T.S.D.) AFTER SPENDING 5 YEARS OR MORE IN HYPERVIGILANT FEAR BEHIND BARS. ALL DUE TO THE FACT THAT MY FIRST AMENDMENT RIGHT NOT TO DIVORCE WAS DISREGARDED, THEN MY 4TH AMENDMENT RIGHT TO BE SAFE IN MY PAPERS WERE VIOLATED BY SPEARMAN, NAKKEN AND OTHER MEMBERS OF THE GREEN WALL PRISON GANG, AND BECAUSE STATE COMMITTED OBSTRUCTION OF COMMERCE BY TRASHING MY LAPTOP, ALL HAPPENING AT THE WORST POSSIBLE TIME IN MY LIFE WHEN MY MOTHER HAD JUST DIED, MY WIFE'S MOTHER HAD JUST DIED, AND I WAS FIGHTING TO SAVE MY HOUSE. WALLS AND GRUEN, ALONG WITH THE STATE, TOOK ADVANTAGE OF MY PRECARIOUS MENTAL STATE AND EXPOSED ME TO FURTHER HARM AS PREY TO OTHER OPPORTUNISTIC GRIFTERS LIKE GRUEN AND ROBERTS, IN VIOLATION OF THE 8TH AMENDMENT.

RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

A. DECLARE THAT HARRIS, LACEY, MITCHELL, CREARY AND GRUEN VIOLATED PLAINTIFF'S 6th AND 8th AMENDMENT RIGHTS WHEN THEY FAILED TO DISCLOSE EMAIL MATERIAL STOLEN FROM PLAINTIFF'S ACCOUNT. PLAINTIFF DEMANDS RETURN OF EMAIL PROPERTY, AND SPECIFICALLY THE ONE GRUEN REFERRED TO IN TRIAL TESTIMONY AND DHAWAN, CREARY AND MITCHELL SHARE AT SIDEBAR, THEREBY ROBBING ME OF A FAIR TRIAL THAT WOULD HAVE SAVED ME FROM THE BEATINGS I TOOK WHILE INCARCERATED.

B. AWARD COMPENSATORY DAMAGES STARTING AT $1.6 MILLION DOLLARS - ASSESSED FROM THE RAISED BAIL RANSOM AMOUNT THAT STATE PRESUMED MY FREEDOM WAS WORTH - THEN APPLY IT SEVEN (7) TIMES - THE NUMBER OF BLOWS DELIVERED TO MY HEAD - ASSESSED AGAINST EACH DEFENDANT FOR PLAINTIFF'S PHYSICAL, SPIRITUAL, AND EMOTIONAL INJURIES (JUST AS THOUGH EACH DELIVERED THE BLOWS THEMSELVES), AND PUNITIVE DAMAGES AGAINST THE STATE FOR ALLOWING IT ALL TO PROCEED UNABATED UNDER UNCONSTITUTIONAL AND INHUMAN PUBLIC POLICIES. IN ADDITION, A LAPTOP - ALONG WITH EXCULPATORY BRADY EMAIL EVIDENCE - PROPERTY CREATED SPECIFICALLY FOR PRO-FESSIONAL USE TO BE SOLD TO PRODUCTION STUDIOS, CREATED SOLELY BY ME, BUT NOW FOREVER LOST. I CAN ASSESS THE BASELINE LOSS OF SAID MATERIAL - PRODUCED BY A TRAINED CAREER ANIMATION ARTIST, ONE WHO WAS HIRED TO CREATE MEDIA CONTENT FOR A SERIES CREATED BY JACK KIRBY - CO-CREATOR OF THE WILDLY SUCCESSFUL MARVEL COMICS UNIVERSE FRANCHISE OF SUPERHEROES WHICH WAS SUBSEQUENTLY SOLD TO SONY STUDIOS FOR $3 BILLION DOLLARS. EACH INTELLECTUAL PROPERTY CREATED BY ME, THEN SUBSEQUENTLY DESTROYED BY THE STATE, CAN BE AN ESTIMATED LOSS VALUE OF $150 MILLION PER CHARACTER (NOTE: CAPTAIN MARVEL ALONE GENERATED $1 BILLION DOLLARS IN BOX OFFICE RETURNS ON OPENING NIGHT.).

C. ISSUE AN INJUNCTION REQUIRING JUDICIAL DEFENDANTS TO APPEAR FOR A FULL DRESS EVIDENTIARY HEARING BEFORE A JURY OF MY PEERS, ORDERING THEM TO BRING AND PRESENT THE COMPLETE CACHE OF TEXTS, EMAILS, NOTES AND WORK PRODUCT, IN THEIR ENTIRETY, FROM BOTH A.T. AND T, AND MY VERIZON ACCOUNTS, ALONG WITH THE SIGNED FISA WARRANTS AND COURT SUBPOENAS OBTAINED TO DO AN INTERSTATE LAWFUL SEARCH OF MY OUT OF STATE PHONE CALLS, EMAILS AND TEXTS - AND HAVE TALIA ROSE GRUEN, LSA GRUEN, ALLAN ROTHMAN, SHANE SHEEL - AND BEO MACKENZIE APPEAR AND TESTIFY AND TO BE CROSS EXAMINED.

D. CONDUCT A FULL JURY "RESTORED TO COMPETENCY" HEARING TO CURE ANY 6th AMENDMENT APPRENDI / GALLARDO BREACH TO PRECLUDE FURTHER TAMPERING BY JUDICIAL CROSS BURNERS WITH AN AXE TO GRIND, AND ALSO PROCEEDING ON A PROPER §859b MOTION WITH A SECOND PRELIMINARY HEARING TO FOLLOW WITHIN 10 DAYS.

E. PUNITIVE DAMAGES FOR STATE FORCING ITS NO-FAULT DIVORCE POLICY VIOLATING MY FIRST AMENDMENT RIGHTS AND ALSO 5th AMENDMENT VIOLATION AGAINST SELF INCRIMINATION BY NULLIFYING SPOUSAL PRIVILEGE, LEADING TO CONSTANT RE-INCRIMINATION BY THE BITTER EX-WIFE, WITHOUT OPPORTUNITY FOR 6th AMENDMENT OPPORTUNITY TO CROSS EXAMINE AND REBUT BEFORE A FULL JURY. STATE MUST COMPENSATE FOR EVERY DAY I REMAIN DIVORCED.

F. FULL JURY DEMANDED TO ADDRESS RELEASE PENDING APPEAL HEARING DENIAL AS CURE FOR CON-STITUTIONAL VIOLATIONS OF THE 8th AMENDMENT EXCESSIVE BAIL CLAUSE AND FOR CRUEL AND BIZARRLY UNUSUAL MURDER ATTEMPTS.

G. EVIDENTIARY HEARING DEMANDED TO PRESENT ALL MATERIAL PERTAINING TO THESE STATE-SPONSORED ABUSES AND GROSS MISCONDUCT BEFORE A CITIZEN JURY FROM THE OUTSIDE WORLD.

H. GRANT PLAINTIFF SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED TO.

_Paul Scott_        05-28-19
NAME              DATE

AFFIDAVIT

PURSUANT TO 28 U.S.C. 1746, I DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION AND BELIEF.

_Paul Scott_        05-18-19
NAME Paul Scott        DATE.